# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1050 Connecticut Avenue, N.W. Washington, D.C. 20036-5306

(202) 955-8500

www.gibsondunn.com

mestrada@gibsondunn.com

RECEIVED-CLERK
U.S. DISTRICT COURT

2007 AUG 27 P 2: 35

August 24, 2007

Direct Dial
(202) 955-8257
Fax No.
(202) 530-9616

Client No.
T 03710-00252

**VIA HAND DELIVERY**
Jeffrey N. Lüthi, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Judiciary Building
Room G-255
Washington, DC 20002

    Re:    *MDL No. 1334 -- In re Managed Care Litigation*

Dear Mr. Lüthi:

    I am counsel to Aetna Inc. in the above-captioned MDL litigation. This letter is intended to notify the Panel, in accordance with Rule 7.5(e), of a potential tag-along action.

    A complaint is pending in the United States District Court for the District of New Jersey against Aetna Health Inc. PA, Corp., Aetna Health Management, LLC, Aetna Life Insurance Company, Aetna Health and Life Insurance Company, Aetna Health, Inc., and Aetna Insurance Company of Connecticut. The complaint involves common questions of fact with actions that already have been transferred under Section 1407. A copy of the complaint is attached to this letter. The pertinent information about this potential tag-along action is as follows:

| **Complete Case Name** | **District Where Pending** | **Civil Action No.** | **Judge Assigned** |
|---|---|---|---|
| Cooper v. Aetna Health Inc., PA, Corp. | D. N.J. | 2:07-cv-03541-FSH-PS | Hochberg, Faith S., District Judge |

    I am including the original and three copies of this letter for the Panel. Please have the other two copies date-stamped.

## GIBSON, DUNN & CRUTCHER LLP

Jeffrey N. Lüthi, Clerk
August 24, 2007
Page 2

      In addition, I hereby certify that, on this 24th day of August, 2007, I have caused copies of this letter noticing a potential tag-along action to be served by U.S. Mail, first-class postage prepaid, on the attorneys identified on the attached Panel Attorney Service List.

      Very truly yours,

      *Miguel A. Estrada*
      Miguel A. Estrada

Attachment(s)

cc:   MDL 1334 Panel Attorney Service List
      District Court Clerk, District of New Jersey (w/o attachments)
      Honorable Patty Shwartz, United States Magistrate Judge for the District of New Jersey (w/o attachments)
      Plaintiffs' Counsel Identified on *Cooper* Complaint (w/o attachments)

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2007, I caused one copy of the letter notifying the MDL Panel of a potential tag-along action to be served on the following officials of the U.S. District Court for the District of New Jersey.

| | |
|---|---|
| Clerk of the Court<br>Martin Luther King, Jr. Federal Building & U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07101<br>(973) 645-3730 | Honorable Patty Shwartz<br>Martin Luther King, Jr. Federal Building & U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07101<br>(973) 645-3730 |

I also caused one copy of the letter to be served on each of the attorneys listed on the Panel's Attorney Service List and on each of the attorneys listed below.

| | |
|---|---|
| Barry M. Epstein<br>Lynne Kizis<br>Barbara Gail Quackenbos<br>WILENTZ GOLDMAN & SPITZER, P.A.<br>90 Woodbridge Center Drive<br>Suite 900<br>Woodbridge, NJ 07095<br>(732) 636-8000<br><br>*Attorneys for Michele Cooper and the Putative Class* | Stanley M. Grossman<br>D. Brian Hufford<br>Robert J. Axelrod<br>POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP<br>100 Park Avenue<br>New York, NY 10017<br>(212) 661-1100<br><br>*Attorneys for Michele Cooper and the Putative Class* |
| Jonathan Alpert<br>THE ALPERT LAW FIRM, P.A.<br>5920 River Terrace<br>Tampa, FL 33604-6526<br>(813) 223-4131<br><br>*Attorney for Michele Cooper and the Putative Class* | Wood R. Foster, Jr.<br>Jordan Lewis<br>SIEGEL BRILL GREUPNER DUFFY & FOSTER P.A.<br>1300 Washington Ave. S<br>Minneapolis, MN 55401<br>(612) 337-6100<br><br>*Attorneys for Michele Cooper and the Putative Class* |

_/s/ Aaron D. Lindstrom_
Aaron D. Lindstrom

08/23/2007 14:41 FAX 2025022888            JPML                                    ☒002

## Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Page 1

Docket: 1334 - IN RE Managed Care Litigation
Status: Transferred on 04/13/2000
Transferee District: FLS    Judge: Moreno, Federico A.

Printed on 08/23/2007

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Laytin, Daniel E.<br>Kirkland & Ellis, LLP<br>200 East Randolph Drive<br>Suite 5400<br>Chicago, IL 60601 | => Phone: (312) 861-2000  Fax: (312) 861-2200<br>Blue Cross & Blue Shield Association* |

Note: Please refer to the report title page for complete report scope and key.