Liza M. Walsh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ 07068
Tel. (973) 535-0500

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELE COOPER, individually, and MICHELE WERNER, individually and on behalf of her minor child, DARLERY FRANCO, individually, and on behalf of all others similarly situated, | Civil Action No. 07-cv-3541 (FSH)(PS) |
| *Plaintiffs*, v. | **NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS COMPLAINT** |
| AETNA HEALTH INC. PA, CORP., AETNA HEALTH MANAGEMENT, LLC, AETNA LIFE INSURANCE COMPANY, AETNA HEALTH and LIFE INSURANCE COMPANY, AETNA HEALTH INC. and AETNA INSURANCE COMPANY OF CONNECTICUT, | *ELECTRONICALLY FILED* |
| *Defendants.* | |

    To:    Barry M. Epstein
            WILENTZ GOLDMAN & SPITZER
            90 Woodbridge Center Drive
            Woodbridge, NJ 07095

**PLEASE TAKE NOTICE** that on January 14, 2008 or as soon thereafter at the Court's convenience, the undersigned counsel for Defendants, Aetna Health Inc. PA, Corp., Aetna Health Management, LLC, Aetna Life Insurance Company, Aetna Health and Life Insurance Company, Aetna Health Inc., and Aetna Insurance Company of Connecticut (collectively, "Aetna"), shall

1901240-01

move before the Honorable Faith S. Hochberg, U.S.D.J., at the United States District Court for the District of New Jersey, for an Order dismissing the Second Amended Class Complaint.

**PLEASE TAKE FURTHER NOTICE** that Aetna shall rely upon the submitted Memorandum of Law, Affidavit of Myrna Goodrich, and any additional submissions made hereafter.  A proposed Order is also submitted.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.


Dated: December 18, 2007

*s/Liza M. Walsh*
Liza M. Walsh
Tricia B. O'Reilly
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ 07068
Telephone:   (973) 535-0500
Facsimile:   (973) 535-9217

*Attorneys for Defendants*

1901240-01