RECEIVED
JAN 2 6 2009
AT 8:30_____M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------X
MICHELE COOPER, MICHELE WERNER,
DARLERY FRANCO, and DOREEN
RIZOPOULOS, individually and all on behalf of
all others similarly situated,

                          Plaintiffs,

-against-

AETNA HEALTH INC., PA, CORP., AETNA
HEALTH MANAGEMENT, LLC, AETNA
LIFE INSURANCE COMPANY, AETNA
HEALTH AND LIFE INSURANCE
COMPANY, AETNA HEALTH INC. and
AETNA INSURANCE COMPANY OF
CONNECTICUT,

                          Defendants.
------------------------------------------------------------X

Case No. 07-cv-3541 (FSH) (PS)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP RULE 41(a) BY PLAINTIFF DOREEN RIZOPOULOS**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Doreen Rizopoulos hereby dismisses without prejudice her claims in this action.

Dated: New York, New York
         January 14, 2009

                                      **WILENTZ, GOLDMAN & SPITZER P.A.**

                                      By /s/ *Barbara Gail Quackenbos*
                                        Barbara Gail Quackenbos, Esq.
                                    90 Woodbridge Center Drive, Suite 900
                                    Woodbridge, NJ 07095
                                    (732) 636-8000
                                    bquackenbos@wilentz.com

                                    **POMERANTZ HAUDEK BLOCK**
                                      **GROSSMAN & GROSS LLP**
                                    D. Brian Hufford, Esq.
                                    Robert J. Axelrod, Esq.
                                    100 Park Avenue
                                    New York, NY 10017
                                    (212) 661-1100
                                    dbhufford@pomlaw.com

                                    *Attorneys for Doreen Rizopoulos*