# WILENTZ GOLDMAN &SPITZER P.A.

ATTORNEYS AT LAW

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
(732) 636-8000
Fax (732) 855-6117

Meridian Center I
Two Industrial Way West
Eatontown, NJ 07724-2265
(732) 542-4500
Fax (732) 493-8387

110 William Street
26th Floor
New York, NY 10038-3901
(212) 267-3091
Fax (212) 267-3828

Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
(215) 940-4000
Fax (215) 636-3999

Park Building
355 Fifth Avenue
Suite 400
Pittsburgh, PA  15222
(412) 232-0808
Fax (412) 232-0773

website: www.wilentz.com

DAVID T. WILENTZ (1894-1988)
G. GEORGE GOLDMAN (1922-1959)
HENRY M. SPITZER (1928-1988)

WARREN W. WILENTZ
MORRIS BROWN
FREDERIC K. BECKER[2]
NICHOLAS L. SANTOWASSO
RICHARD F. LERT[2]
JOHN A. HOFFMAN
STEPHEN E. BARCAN
FRANCIS V. BONELLO
BARRY M. EPSTEIN[2,10]
VINCENT P. MALTESE
DAVID M. WILDSTEIN
GORDON J. GOLUM
MARVIN J. BRAUTH[2]
STUART A. HOBERMAN[2,3]
STEPHEN A. SPITZER
ANNE S. BABINEAU[2]
CHRISTINE D. PETRUZZELL
BRIAN J. MOLLOY
RANDALL J. RICHARDS
JOSEPH J. JANKOWSKI
DAVID S. GORDON
FREDERICK J. DENNEHY
ROY H. TANZMAN[2]
STEVEN J. TRIPP
JAY J. ZIZNEWSKI
ALAN WASSERMAN◁*
JAMES E. TRABILSY
MAUREEN S. BINETTI◁
ANTHONY J. PANNELLA, JR.
MICHAEL J. BARRETT◁
MICHAEL F. SCHAFF[2,7]
ANGELO JOHN CIFALDI
KEVIN M. BERRY[2]
JOHN T. KELLY[2]
C. KENNETH SHANK[2]
BARRY A. COOKE[3]
JON G. KUPILIK
PETER R. HERMAN[2]
EDWARD T. KOLE
HESSER G. McBRIDE, JR.
ERIC JOHN MARCY
ROBERT C. KAUTZ[2,6]

DAVID P. PEPPER
LYNNE M. KIZIS
KEVIN P. RODDY[2,8,9]
DANIEL S. BERNHEIM 3d[1,3]
DAVID H. STEIN
DOUGLAS WATSON LUBIC[2]
LISA A. GORAB[2]
LAWRENCE F. JACOBS[2]
FRED HOPKE[1]
DONALD E. TAYLOR[3]
BARRY R. SUGARMAN[2,5]
BRETT R. HARRIS[2,5]
JEFFREY W. CAPPOLA
ALFRED M. ANTHONY[2]
DARREN M. GELBER[2◁]
MATTHEW M. WEISSMAN[2]
WILLIAM J. LINTON
DONNA M. JENNINGS
GIOVANNI ANZALONE
PETER A. GREENBAUM[2]
WILLARD C. SHIH[2]
BLAIR R. ZWILLMAN[2, □]
LAWRENCE C. WEINER[2]
LAURIE E. MEYERS[2,4]
JOHN M. CANTALUPO[2]
BARBARA G. QUACKENBOS[2]
DAVID P. PEPE
JOHN E. HOGAN[2]

**OF COUNSEL**
MATTHIAS D. DILEO (1952-2008)
ROBERT A. PETITO
HAROLD G. SMITH
ALAN B. HANDLER[5]
MYRON ROSNER[2]
R. BENJAMIN COHEN

**COUNSEL**
RISA A. KLEINER[3,‡]
RUTH D. MARCUS[1,2]
RICHARD J. BYRNES
JAMES P. LUNDY[2,3]
JAMES E. TONREY, JR.[2]
DEIRDRE WOULFE PACHECO[2]
ROBERTO BENITES
JONATHAN J. BART[1,2,3]
YVONNE MARCUSE

ABBY RESNICK-PARIGIAN[2]
BRIAN KALVER[2]
ELLEN TORREGROSSA-O'CONNOR
AMANDA F. SHECHTER[2]
BARBARA J. KOONZ[3]
DAVID S. MESSER[2]
TODD E. LEHDER[5,7]
PHILIP A. TORTORETI[11,12]
NANCY A. SLOWE[2]

**ASSOCIATES**
LINDA LASHBROOK
LORETTA KIRSCH PRIVES[2]
ELIZABETH C. DELL[2]
KELLY A. ERHARDT-WOJIE[3]
JEFFREY J. BROOKNER
DAWN E. MAGUIRE[2,4,5]
FRANCINE E. TAJFEL[2]
ALBERTINA WEBB[2]
JOHN P. MURDOCH II
MARY H. SMITH
EDWARD J. ALBOWICZ[2]
ANNA I. MONFORTH
STEPHANIE D. GIRONDA
EVERETT M. JOHNSON[2]
ALEX LYUBARSKY[2]
KEVEN H. FRIEDMAN[2]
GREGORY D. SHAFFER[2,◁]
JESSICA S. PYATT
LOUIS J. SEMINSKI, JR.
DANIEL R. LAPINSKI[2]
LAUREN BERSCHLER KARL[3]
MICHAEL F. FRIED[2]
MICHELE C. LEFKOWITZ[2]
DASHIKA R. WELLINGTON[3]
LAURA J. O'NEILL[2,3]
ROBERT L. SELVERS[2]
ERIK C. ACOSTA[2]
PAMELA R. GOLD-ZAFRA[2]
ALYSON M. LEONE[2]
VINCENT CHENG[2]
MICHAEL J. WEISSLITZ
JONATHAN M. BUSCH[5]
JAMIE M. BENNETT[2]
MARCELLO DE PERALTA[1,2]

KELLI L. MOORE[2]
JOSEPH J. RUSSELL, JR.[2]
JON S. POLEVOY
EMILY D. VAIL[2,4]
GEMMA ABERNOVICH[2]
CHERYL. E. CONNORS
CHAD B. SIMON[2]
ANTHONY WILKINSON[2]
DENIZA G. GERTSBERG[2]
DESHA L. JACKSON
JAY B. FELDMAN[2]
KOMAL ULLAH
LOUIS A. GREENFIELD[2]
JULIA A. LOPEZ[2]
GINA A. LEE[2]
MELINDA COLON
AMY HERBOLD
ERIC I. BUEIDE
DARRON E. BERQUIST[1,2]
DOUGLAS M. SILVESTRO
REBECKA J. WHITMARSH[2]
DANIEL J. KLUSKA
MICHAEL L. GALVIN
SATISH V. POONDI
ERICA A. RODRIGUEZ

◁ Certified Civil Trial Attorney
☐ Certified Criminal Trial Attorney
‡ Certified Matrimonial Attorney
† Certified Workers Compensation Attorney
* National Certified Civil Trial Specialist
     Approved by the ABA
1 Not admitted NJ
2 Admitted NY
3 Admitted PA
4 Admitted CT
5 Admitted DC
6 Admitted MA
7 Admitted MD
8 Admitted VA
9 Admitted CA
10 Admitted FL
11 Admitted PR
12 Admitted VI

Please reply to:
Woodbridge
**Direct Dial: (732) 855-6157**

**Direct Fax: (732) 726-4769**

March 14, 2009

<u>*Via Electronic Mail*</u>

Honorable Patty Shwartz, U.S.M.J.
United States District Court for the District of New Jersey
U.S.P.O. & Courthouse Building, Room 477
Newark, NJ 07101

  *Re:*  *Cooper v. Aetna*
     *Case No. 07-cv3541 (FSH)(PS)*

Dear Judge Shwartz:

  Plaintiffs have electronically filed the Fourth Amended Complaint today.  Although Your Honor wrote the order on March 5, 2009 directing Plaintiffs to file the amended complaint by March 12, the order was not docketed until March 13, 2009 at 2:13 p.m.  Plaintiffs filed their complaint within one day, on March 14, 2009 at 11:03 a.m.  We hope this will constitute compliance with Your Honor's Order under the circumstances.  Thank you for your assistance

            Respectfully submitted,

            WILENTZ, GOLDMAN & SPITZER

BQ/sb            */s/ Barbara Gail Quackenbos*
            By:_____
              BARBARA GAIL QUACKENBOS

#3869588

**WILENTZ GOLDMAN &SPITZER P.A.**
ATTORNEYS AT LAW

March 14, 2009
Page 2

cc:     By Electronic Mail unless otherwise noted:

       Barry M. Epstein, Esq.
       Angelo Cifaldi, Esq.
       Wood Foster, Esq.
       Jordan Lewis, Esq.
       Patricia A. Lee, Esq.
       Michael Xavier McBride, Esq.
       Tricia B. O'Reilly, Esq.
       Melanie L. Katsur, Esq.
       Geoffrey Sigler, Esq.
       Richard J. Doren, Esq.