RECEIVED
JAN 26 2009
AT 8:30 _____M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------X
MICHELE COOPER, MICHELE WERNER,
DARLERY FRANCO, and DOREEN
RIZOPOULOS, individually and all on behalf of
all others similarly situated,

    Case No. 07-cv-3541 (FSH) (PS)

    Plaintiffs,

-against-

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP RULE 41(a) BY PLAINTIFF DOREEN RIZOPOULOS**

AETNA HEALTH INC., PA, CORP., AETNA
HEALTH MANAGEMENT, LLC, AETNA
LIFE INSURANCE COMPANY, AETNA
HEALTH AND LIFE INSURANCE
COMPANY, AETNA HEALTH INC. and
AETNA INSURANCE COMPANY OF
CONNECTICUT,

    Defendants.
---------------------------------------------------------X

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Doreen Rizopoulos hereby dismisses without prejudice her claims in this action.

Dated: New York, New York
January 14, 2009

**WILENTZ, GOLDMAN & SPITZER P.A.**

By /s/ *Barbara Gail Quackenbos*
    Barbara Gail Quackenbos, Esq.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ 07095
(732) 636-8000
bquackenbos@wilentz.com

**POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP**
D. Brian Hufford, Esq.
Robert J. Axelrod, Esq.
100 Park Avenue
New York, NY 10017
(212) 661-1100
dbhufford@pomlaw.com

*Attorneys for Doreen Rizopoulos*

SO ORDERED. 4/8/09

/s/ Faith S. Hochberg, U.S.D.J.