UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AETNA, INC. OUT OF NETWORK "UCR" RATES LITIGATION | MDL No. 2020 |
| *Cooper, et al. v. Aetna Health Inc., PA, Corp., et al.,* D. New Jersey, C.A. No. 2:07-3541 I | **PLAINTIFF'S MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL** |
| | April 28, 2009 |

Plaintiff Jeffrey M. Weintraub ("Plaintiff"), pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, hereby respectfully requests that this Court appoint Scott + Scott LLP as interim lead class counsel in this case. For the reasons set forth in the accompanying memorandum of law, Scott + Scott LLP is an appropriate choice for interim lead class counsel who has already, and will continue to, devote significant resources and its experience and knowledge to the case in order to protect the interests of Plaintiff and the putative class.

DATED: April 28, 2009

                                                                SCOTT + SCOTT LLP

                                                                /s/ Joseph P. Guglielmo
                                                                JOSEPH P. GUGLIELMO
                                                                29 West 57th Street, 14th Floor
                                                                New York, NY 10019
                                                                Phone: (212) 223-6444
                                                                Fax: (212) 223-6334
                                                                Email: jguglielmo@scott-scott.com

                                                                DAVID R. SCOTT
                                                                AMANDA F. LAWRENCE
                                                                SCOTT + SCOTT LLP
                                                                108 Norwich Ave.
                                                                P.O. Box 192
                                                                Colchester, CT 06415
                                                                Phone: (860) 537-5537
                                                                Fax: (860) 537-4432
                                                                Email: drscott@scott-scott.com
                                                                            alawrence@scott-scott.com

SCOTT + SCOTT LLP  
CHRISTOPHER M. BURKE  
KRISTEN M. ANDERSON  
600 B Street, Suite 1500  
San Diego, CA 92101  
Phone: (619) 233-4565  
Fax: (619) 233-0508  
Email: cburke@scott-scott.com  

LEXINGTON LAW GROUP, LLP  
MARK TODZO  
1627 Irving Street  
San Francisco, CA 94122  
Phone: (415) 759-4111  
Fax: (415) 759-4112  
Email: mtodzo@lexlawgroup.com

CERTIFICATE OF SERVICE

      I hereby certify that on April 28, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 28, 2009.

        /s/ Joseph P. Guglielmo
JOSEPH P. GUGLIELMO
SCOTT + SCOTT LLP
29 West 57th Street, 14th Floor
New York, NY 10019
Phone: (212) 223-6444
Fax: (212) 223-6334
Email: jguglielmo@scott-scott.com