James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Attorneys for Plaintiff
JOHN SENEY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:  AETNA UCR LITIGATION<br><br>This document relates to:  ALL CASES | Master File No. 07-3541 (FSH)<br>MDL 2020<br><br>**NOTICE OF DISMISSAL** |

    PLEASE TAKE NOTICE that the claims of Plaintiff John Seney only are hereby dismissed without prejudice in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i).

                                      CARELLA, BYRNE, BAIN, GILFILLAN,
                                      CECCHI, STEWART & OLSTEIN
                                      Attorneys for Plaintiff

                                      By:  /s/ James E. Cecchi
                                              JAMES E. CECCHI

Dated:  September 18, 2009