James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Attorneys for Plaintiff
JOHN SENEY

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: AETNA UCR LITIGATION<br><br>This document relates to: ALL CASES | Master File No. 07-3541 (FSH)<br>MDL 2020<br><br>**NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that the claims of Plaintiff John Seney only are hereby dismissed without prejudice in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i).

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN
Attorneys for Plaintiff

By: ___/s/ James E. Cecchi_____
        JAMES E. CECCHI

Dated: September 18, 2009

So ORDERED. 9/21/09

*[signature]*
Hon. Faith S. Hochberg, U.S.D.J.