UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| MICHELE COOPER, individually and on behalf of all others similarly situated | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | MDL No. 2020 |
| AETNA HEALTH INC. PA, CORP., AETNA HEALTH MANAGEMENT, LLC, AETNA LIFE INSURANCE COMPANY, AETNA HEALTH and LIFE INSURANCE COMPANY, AETNA HEALTH INC. and AETNA INSURANCE COMPANY OF CONNECTICUT, | : : : : : : : : : : | Master Docket No. 07-3541 (FSH) |
| Defendants. | : : | |
| RODNEY MALCHOW, et al., | : : | |
| Plaintiff, | : : | Civil Action No. 08-935 (FSH) |
| v. | : : | |
| OXFORD HEALTH PLANS, INC., et, al., | : : | |
| Defendant. | : | |

**ORDER ON INFORMAL
APPLICATION**

This matter having come before the Court for a telephone conference on the record on November 19, 2009, regarding the request of plaintiffs and Oxford for a protocol to present requests for extensions of deadlines;

and as all cases are to be coordinated, all such requests must reflect the positions of all parties in the coordinated and consolidated cases;

and for the reasons set forth on the record;

IT IS ON THIS 19th day of November, 2009

ORDERED that any request for adjustments to the case management order shall be presented via the joint letter protocol and explain the reasons for the request and impact on other deadlines and shall include a chart that sets forth the deadline that the parties seek to adjust, the proposed adjusted deadline, and the parties' positions concerning the requested adjustment.

        s/Patty Shwartz
        **UNITED STATES MAGISTRATE JUDGE**