# Connell Foley LLP
### ATTORNEYS AT LAW

**85 LIVINGSTON AVENUE**
**ROSELAND, N.J. 07068-3702**
(973) 535-0500
FAX: (973) 535-9217

**JERSEY CITY OFFICE**
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

**NEW YORK OFFICE**
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-0050

**PHILADELPHIA OFFICE**
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
WILLIAM H. GRAHAM+
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*+
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN
JOHN K. BENNETT
PETER J. SMITH*
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY
TIMOTHY E. CORRISTON*
ERNEST W. SCHOELLKOPFF+
PATRICK J. HUGHES+*
JAMES C. MCCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
GLENN T. DYER

CLARENCE SMITH, JR.*
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
CHARLES J. HARRINGTON III+
DAREN S. MCNALLY*
STEPHEN V. FALANGA*
JEFFREY L. O'HARA
TRICIA O'REILLY*
ANTHONY F. VITIELLO*
MARC D. HAEFNER
JONATHAN P. MCHENRY
JAMES P. RHATICAN*+
MATTHEW W. BAUER*
JOSEPH C. DEBLASIO
BRAD D. SHALIT*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI

COUNSEL
JOHN W. BISSELL
JOHN B. LA VECCHIA
VIRGINIA M. EDWARDS*
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
BERNARD M. HARTNETT, JR.*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
STEVE BARNETT*
KARIN I. SPALDING*
JODI ANNE HUDSON*
CORNELIUS J. O'REILLY*
RICHARD A. JAGEN
NANCY A. SKIDMORE*
THOMAS M. SCUDERI*

ELIZABETH M. TRANTINA*
M. TREVOR LYONS*
CRAIG S. DEMARESKI*
ELIZABETH W. EATON
JOSEPH M. MURPHY
JASON E. MARX*
MICHAEL A. SHADIACK
OWEN C. MCCARTHY
PATRICIA A. LEE*+
DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
AGNES ANTONIAN*
BRYAN P. COUCH*
GREGORY E. PETERSON
HECTOR D. RUIZ*
NEIL V. MODY*
ROBERT A. VERDIBELLO*
MICHAEL J. ACKERMAN*
MELISSA A. ZAWADZKI*
MEGHAN C. GOODWIN*
MATTHEW S. SCHULTZ*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
MATTHEW I. GENNARO
DANIELA R. D'AMICO*
DANIA BILLINGS MURPHY*
CHRISTINE I. GANNON*

JOSE VILARINO
PHILIP W. ALLOGRAMENTO, III*
CATHERINE G. BRYAN+
JAMES C. HAYNIE*
LAURIE B. KACHONICK*
MICHAEL D. RIDENOUR
MEGAN M. ROBERTS*
ANDREW C. SAYLES*
SARAH B. BLUMBERG+
STEPHEN D. KESSLER*
ADAM M. LUSTBERG*
CHRISTOPHER ABATEMARCO*
AARON M. BENDER
WILLIAM D. DEVEAU*
DANIEL B. KESSLER*
ILONA I. KORZHA*
CONOR F. MURPHY
MEGHAN B. BARRETT*
MELISSA T. ASTUDILLO*
NICOLE B. DORY*
PATRICK E. DURING
CHRISTIAN J. JENSEN
JOSEPH A. VILLANI, JR.
LEE B. WILSON
JENNIFER E. CONSTANTINOU
CHRISTOPHER M. HEMRICK
SUSAN KWIATKOWSKI
MONICA SETH

PLEASE REPLY TO ROSELAND, NJ

*ALSO ADMITTED IN NEW YORK
+ALSO ADMITTED IN PENNSYLVANIA

WRITER'S DIRECT DIAL

November 23, 2009

<u>*Via E-Filing and Federal Express*</u>

Honorable Faith S. Hochberg, U.S.D.J.           Honorable Patty Shwartz, U.S.M.J.
United States District Court                                United States District Court
District of New Jersey - Newark                         District of New Jersey - Newark
50 Walnut Street                                                 50 Walnut Street
Newark, NJ 07101                                               Newark, NJ 07101

    **Re:**   *In re: Aetna UCR Litigation*
            **MDL No. 2020**
            **Master File No. 2:07-cv-3541 (FSH) (PS)**

Dear Judge Hochberg and Judge Shwartz:

      On behalf of the Aetna defendants in the above-captioned matter, we hereby enclose a courtesy copy of a letter filed today with the Judicial Panel on Multidistrict Litigation, which provides notice of another potential tag-along action to MDL-2020. A copy of the complaint filed in the referenced action, *Spinal Imaging Inc. v. Aetna Health Management LLC,* which was removed on November 3, 2009 to the District of Massachusetts and docketed as no. 09-cv-11873 (D. Mass.) is appended to the enclosed letter.

2247598-01

Honorable Faith S. Hochberg, U.S.D.J.
Honorable Patty Shwartz, U.S.M.J.
November 23, 2009
Page 2

Thank you for your attention to this matter.

                                      Respectfully submitted,

                                      *s/ Liza M. Walsh*

                                      Liza M. Walsh

LMW/mym
Enclosures
cc:  All Counsel of Record (via ECF and e-mail)

2247598-01