# POMERANTZ
## HAUDEK GROSSMAN & GROSS LLP
### Attorneys at Law

**Robert J. Axelrod**
rjaxelrod@pomlaw.com

100 Park Avenue
New York, New York 10017
T: 212.661.1100  F: 212.661.1373

November 23, 2009

**BY EMAIL AND OVERNIGHT COURIER**

Honorable Patty Shwartz, U.S.M.J.
United States District Court
 for the District of New Jersey
United States Post Office & Courthouse Building
One Federal Square
Newark, New Jersey 07101

      Re:    **In re Aetna UCR Litigation, MDL 2020**
              <u>**Master File No. 2:07-cv-3541 (FSH) (PS)**</u>

Dear Judge Shwartz:

      We are the Chair of Plaintiffs' Executive Committee in the above-captioned action. We have reviewed Defendants' motion to seal the confidential portions of an exhibit to the Declaration of Karen Stiles, which was filed in support of Defendants' motion to dismiss Plaintiffs' Joint Consolidated Amended Complaint, and do not object to the relief sought by Defendants' motion to seal.

Respectfully Submitted,

Robert J. Axelrod

cc:    All Counsel on Attached List

