UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION | MDL No. 2020 |
| This Document Relates To: | Master File No. 2:07-cv-3541 (FSH) (PS) |
| AMERICAN MEDICAL ASSOCIATION, et al., | |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| -against- | |
| AETNA HEALTH INC. PA, CORP., et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiff Fredrick A. Valauri, M.D. voluntarily dismisses his claims against all Defendants without prejudice pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

s/ Susan J. Weiswasser
D. Brian Hufford
Robert J. Axelrod
Susan J. Weiswasser
POMERANTZ HAUDEK
GROSSMAN & GROSS LLP
100 Park Avenue
New York, NY 10017
212-661-1100

*Chair of the Aetna Plaintiffs' Executive Committee*

SO ORDERED. 12/7/09

Hon. Faith S. Hochberg, USDJ