UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION | MDL No. 2020 |
| | Master File No. 2:07-cv-3541 (FSH)(PS) |
| This Document Relates to:<br>ALL ACTIONS | |

## CASE MANAGEMENT ORDER NO. 3

This matter having come before the Court by way of a joint letter from the Parties dated December 4, 2009, requesting adjustments to the deadlines set forth in Case Management Order No. 1 dated June 16, 2009 (D.E. 212) governing class certification discovery, class certification motion, and discovery dispute issues; and the Parties' counsel having conferred and prepared a chart outlining the proposed new proposed deadlines; and the Court having considered the Parties' submissions and for good cause shown,

IT IS ON THIS 11th day of December, 2009,

ORDERED that the request to extend the deadlines set forth in Case Management Order No. 1 is granted as follows:

1. Class Certification Fact and Expert Discovery Deadlines

    a. The deadline for completion of class certification fact discovery shall be **February 12, 2010**.

    b. The deadline for bringing any class certification discovery disputes before the Magistrate Judge shall be **January 29, 2010**.

    c. Affirmative class certification expert reports shall be served by **February 19, 2010**.

    d. Responsive class certification expert reports shall be served by **March 19, 2010**.

    e. Class expert depositions shall be completed by **April 2, 2010**.

2252094-02

2. Class Certification Briefing Deadlines

    a. Plaintiffs shall file their motion for class certification no later than **April 9, 2010**.

    b. Any opposition briefs shall be filed no later than **May 7, 2010**.

    c. Any replies shall be filed no later than **May 24, 2010.**

    d. The return date shall be **May 31, 2010** before the Hon. Faith S. Hochberg.

3. Merits Discovery Deadlines

    a. The deadline for bringing any merits discovery disputes (other than disputes that arise during depositions) before the Court shall be **March 19, 2010**.

Unless specifically modified herein, all deadlines set forth in Case Management Order Nos. 1 and 2 shall continue to apply and will be given full force and effect.

_____
Hon. Faith S. Hochberg
U.S.D.J.