UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------X
:
IN RE: AETNA UCR LITIGATION             :    MDL NO. 2020
:
:
This Document Relates to:  ALL CASES    :    MASTER FILE NO. 2:07-CV-3541
:    (FSH)(PS)
:
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL AND VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF CAROLYN WHITTINGTON

PLEASE TAKE NOTICE THAT Plaintiff Carolyn Whittington withdraws as a named plaintiff from the above-referenced litigation and voluntarily dismisses her claims, without prejudice.

Dated:   February 3, 2010
         Woodbridge, New Jersey

                                  Respectfully submitted,

                                  **WILENTZ, GOLDMAN & SPITZER, P.A.**

                                          *Barry M. Epstein*
                                  By: _____
                                       BARRY M. EPSTEIN, ESQ.
                                       90 Woodbridge Center Drive, Suite 900
                                       Woodbridge, NJ  07095
                                       Telephone:  (732) 636-8000
                                       **Counsel for Plaintiff**

#3896481.02 (149859.002)