UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------X
:
IN RE: AETNA UCR LITIGATION              :     MDL NO. 2020
:
This Document Relates to:  ALL CASES     :     MASTER FILE NO. 2:07-CV-3541
:     (FSH)(PS)
:
:
:
:
:
---------------------------------------------------------X

---

## NOTICE OF WITHDRAWAL AND VOLUNTARY DISMISSAL OF CLAIMS OF PLAINTIFF CAROLYN WHITTINGTON

---

PLEASE TAKE NOTICE THAT Plaintiff Carolyn Whittington withdraws as a named plaintiff from the above-referenced litigation and voluntarily dismisses her claims, without prejudice.

Dated:    February 3, 2010
         Woodbridge, New Jersey

Respectfully submitted,

WILENTZ, GOLDMAN & SPITZER, P.A.

*Barry M. Epstein*
By: _____
BARRY M. EPSTEIN, ESQ.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ  07095
Telephone:  (732) 636-8000
**Counsel for Plaintiff**

SO ORDERED.
2/3/10

*/s/ Faith S. Hochberg*
Hon. Faith S. Hochberg, USDJ.

#3896481.02 (149859.002)