TRUJILLO, RODRIGUEZ & RICHARDS, LLC
Lisa Rodriguez, Esq.
258 Kings Highway East
Haddonfield, New Jersey  08033
Tel (856) 795-9002
Fax (856) 795 9887
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| COOPER v. AETNA   HEALTH INC. PA., CORP, et al :<br>:<br>:<br>:<br>: | Civil Action No. 2:07-cv-3541 |

### SUPPLEMENTAL CERTIFICATION OF MARC H. EDELSON
### IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

I am an attorney at law in the Commonwealth of Pennsylvania, and a partner with the

firm of Edelson & Associates, LLC, located at 45 West Court Street, Doylestown, Pennsylvania

18901.

2.      I make this Supplemental Certification in support of the application for *pro hac*

*vice* admission before this Court.

3.      If I am granted admittance *pro hac vice*, I will make a payment of One Hundred

Fifty Dollars ($150.00) to the Clerk of The United States District Court in accordance with Local

Civil Rule 101.1 (c) (3)  as amended.

4.      I further agree to abide by Local Civil Rule 101.1 (c) and to submit to the

jurisdiction of this Court for any discipline relating to my pro hac vice participation in this

matter.

180652 v1

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____  2/4/10