**LITE DePALMA GREENBERG, LLC**
Bruce D. Greenberg
Two Gateway Center, 12th Floor
Newark, NJ 07102
bgreenberg@litedepalma.com
Telephone: (973) 623-3000
Attorneys for Plaintiff Maldonado Medical, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION | **MDL. No. 2020**<br>Master Case No.: 2:07-3541 (FSH) (PS) |
| This Document Relates to: ALL CASES | |

**NOTICE OF WITHDRAWAL AND VOLUNTARY DISMISSAL OF CLAIMS OF**

**PLAINTIFF MALDONADO MEDICAL, LLC**

PLEASE TAKE NOTICE THAT Plaintiff Maldonado Medical, LLC withdraws as a named plaintiff from the above-referenced litigation and voluntarily dismisses its claims, without prejudice.

Dated: February 9, 2010

**LITE DePALMA GREENBERG, LLC**

SO ORDERED.

*/s/ Hon. Faith S. Hochberg*

*Bruce D. Greenberg /s/*
Bruce D. Greenberg
Two Gateway Center, 12th Floor
Newark, NJ 07102
Telephone: (973) 623-3000
bgreenberg@litedepalma.com

230672 v1