## CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

CHARLES C. CARELLA
BRENDAN T. BYRNE
PETER G. STEWART
ELLIOT M. OLSTEIN
ARTHUR T. VANDERBILT, II
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)

JAMES T. BYERS
DONALD F. MICELI
A. RICHARD ROSS
KENNETH L. WINTERS
JEFFREY A. COOPER
CARL R. WOODWARD, III
MELISSA E. FLAX
DENNIS F. GLEASON
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
KHOREN BANDAZIAN
LINDSEY H. TAYLOR

**5 BECKER FARM ROAD**
**ROSELAND, N.J. 07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
www.carellabyrne.com

RICHARD K. MATANLE, II
FRANCIS C. HAND
AVRAM S. EULE
RAYMOND W. FISHER
WALTER G. LUGER

OF COUNSEL

RAYMOND J. LILLIE
WILLIAM SQUIRE
ALAN J. GRANT°
MARC D. MICELI
RAYMOND E. STAUFFER°
JACOB A. KUBERT
STEPHEN R. DANEK
ERIC MAGNELLI
DONALD ECKLUND
VINCENZO M. MOGAVERO
°MEMBER N.Y. BAR ONLY

March 1, 2010

**VIA ECF**

Honorable Faith S. Hochberg, U.S.D.J.
United States District Court
District of New Jersey
United States Post Office & Courthouse
P.O. Box 999
Newark, New Jersey 07101

      Re:   *Aetna MDL 2020*
             Our File No. 744573-2

Dear Judge Hochberg:

      This letter confirms my conversation with Your Honor's Law Clerk confirming that the Court has granted my request to file the Second Interim Time Report in Aetna MDL 2020 on March 10, 2010. As always, thank you for Your Honor's continued attention to this matter.

                       Respectfully submitted,

                CARELLA, BYRNE. CECCHI, OLSTEIN,
                      BRODY & AGNELLO

                      JAMES E. CECCHI

#390304