UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION | MDL No. 2020 |
| | Master File No. 2:07-cv-3541 (FSH)(PS) |
| This Document Relates to: ALL ACTIONS | |

## CASE MANAGEMENT ORDER NO. 5

**THIS MATTER** having come before the Court by way of a joint letter from the Parties dated February 26, 2010, requesting adjustments to the deadlines set forth in Case Management Order No. 4 dated February 1, 2010 (D.E. 336) regarding discovery dispute deadlines; and the letter dated March 1, 2010, regarding adjustments to the class expert deadlines; Court having considered the Parties' submissions and for good cause shown,

**IT IS ON THIS** 1st **day of March, 2010,**

**ORDERED** that the request to extend the deadlines set forth in Case Management Order No. 4 is granted as follows:

1. <u>Class Certification Discovery Dispute Deadline</u>

    a. The deadline for bringing any class certification discovery disputes before the Court shall be **March 22, 2010**.

2. <u>Merits Discovery Dispute Deadline</u>

    a. The deadline for bringing any merits discovery disputes (other than disputes that arise during depositions) before the Court shall be **April 30, 2010**.

3. The affirmative class expert report shall be disclosed no later than **April 6, 2010** and the responsive class expert reports shall be disclosed no later than **May 1, 2010**.

Unless specifically modified herein, all deadlines set forth in Case Management Order Nos. 1 - 4 shall continue to apply and will be given full force and effect.

The Court has adjusted the expert report deadlines so that the expert information that will be may consider in a resolving a discovery dispute. The Court has shortened the requested extension to minimize the impact on the deadline to disclose the affirmative class expert report and responsive expert reports and preserve the class motion briefing schedule that Judge Hochberg set at the parties' request.

_____
Honorable Patty Shwartz, U.S.M.J.

2294453-01