Marc H. Edelson (admitted *PRO HAC VICE*)
**EDELSON & ASSOCIATES, LLC**
45 West Court Street
Doylestown, PA 18901
(215) 230-8043
(215) 230-8735 (fax)
medelson@edelson-law.com
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION<br><br>This Document relates to:  ALL CASES | Case No. MDL NO. 2020<br><br>MASTER FILE NO. 2:07-CV-3541 |

**NOTICE OF WITHDRAWAL
OF PLAINTIFF DR. ABRAHAM KOZMA
d/b/a THE CHIROPRACTIC ACUPUNCTURE OF SARASOTA**

**PLEASE TAKE NOTICE**, that Plaintiff, Dr. Abraham Kozma d/b/a The Chiropractic Acupuncture Of Sarasota, hereby withdraws as a named plaintiff in the above-captioned litigation.

Respectfully submitted,

Dated: March 26, 2010

**EDELSON & ASSOCIATES, LLC**

By: /s/ Marc H. Edelson
Marc H. Edelson
45 W. Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735
Email:  medelson@edelson-law.com
Counsel for Plaintff

SO ORDERED. 3/29/10

/s/ Hon. Faith S. Hochberg
Hon. Faith S. Hochberg
U.S.D.J.