UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELLE COOPER, ET AL., | : |
| Plaintiffs | : |
| v. | : Civil Action No. 07-3541(FSH) |
| AETNA HEALTH INC., PA CORP., ET AL. | : ORDER ON INFORMAL APPLICATION |
| Defendants | : |

This matter having come before the Court by way of submission dated April 27, 2010, regarding the failure of plaintiffs American Surgical Assistants, Spinal Imaging, and Silver to provide responses to interrogatories and document demands Aetna serve upon them;

and the plaintiffs' Executive Committee advising that plaintiffs in Silver will provide responses "this week," which is understood to be by April 30, 2010, Spinal Imaging is "reviewing the discovery requests," and ASA has not responded to the Executive Committee's inquiry;

and these plaintiffs having failed to provide their responses within the thirty-day deadline set forth in the Federal Rules of Civil Procedure and that their responses being overdue by between approximately 30 days and three months, depending upon the plaintiff;

and these plaintiffs having failed to respond to the inquiries from the Executive Committee, who has been tasked under the Case Management Order to coordinate discovery;

and these plaintiffs being obligated to cooperate with the inquiries of Executive Committee just as they are required to meet and confer with an adverse party in good faith;

and the Court directing these plaintiffs to provide their responses no later than May 5, 2010;

and the Court further directing these plaintiffs to promptly respond to all inquiries made

by the Executive Committee;

    IT IS THEREFORE ON THIS 27th day of April, 2010

    ORDERED that, no later than **May 5, 2010**, plaintiffs ASA, Spinal Imaging, and Silver shall provide their complete responses to the interrogatories and document demands that Aetna served upon them, including copies of the documents responsive to the demands.

                                <u>s/Patty Shwartz</u>
                                **UNITED STATES MAGISTRATE JUDGE**