# POMERANTZ
## HAUDEK GROSSMAN & GROSS LLP
Attorneys at Law

**Susan J. Weiswasser**
sjweiswasser@pomlaw.com

100 Park Avenue
New York, New York 10017
T: 212.661.1100  F: 212.661.1373

May 25, 2010

Hon. Faith S. Hochberg
United States District Judge
United States District Court
 for the District of New Jersey
MLK Jr. Bldg. & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

      Re:    *In re Aetna UCR Litig.*, MDL No. 2020
               <u>Master File No. 2:07-cv-3541 (FSH)(PS)</u>

Dear Judge Hochberg:

      Our firm is Chair of the Aetna Plaintiffs' Executive Committee in the above-referenced matter. In accordance with certain orders entered in this matter, Plaintiffs' motion for class certification is due May 28, 2010; Defendants' opposition is due July 2, 2010. Regarding this motion, Plaintiffs and the United/Ingenix Defendants respectfully request permission, pursuant to L. Civ. R. 7.2, to file moving and opposition briefs of sixty-five (65) pages in Times New Roman, 12-point proportional font. Counsel for Aetna, Geoffrey Sigler, has kindly consented to this request.

      We thank Your Honor for your consideration.

                                        Very truly yours,

                                        s/ Susan J. Weiswasser
                                        Susan J. Weiswasser

*[Handwritten: SO ORDERED. 5/26/10.]*

cc:    All Counsel

*[Signature: Hon. Faith S. Hochberg, U.S.D.J.]*

New York    Chicago    Washington, DC    Columbus, OH    Burlingame, CA    www.pomerantzlaw.com