D. Brian Hufford
Robert J. Axelrod
Daniel L. Berger
Susan J. Weiswasser
Jay Douglas Dean
POMERANTZ HAUDEK
GROSSMAN & GROSS LLP
100 Park Avenue
New York, New York 10017
(212) 661-1100

*Chair of the Aetna Plaintiffs' Executive Committee*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------X

| | |
|---|---|
| IN RE:  AETNA UCR LITIGATION | MDL NO. 2020 |
| | MASTER DOCKET NO. 07-3541 (FSH) (PS) |
| This Document Relates to:   ALL CASES | **NOTICE OF MOTION** |

---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the Declaration of Robert J. Axelrod, dated May 28, 2010, the Exhibits annexed thereto, the Memorandum of Law in Support, and upon all prior pleadings and proceedings heretofore had herein, the Subscriber and Provider Plaintiffs,[1] by their counsel and the Plaintiffs' Executive Committee, hereby move before the Honorable Faith S. Hochberg for an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, certifying the Classes defined in Schedule A, appointing the moving Plaintiffs as class representatives of

---

[1] The moving Plaintiffs are: Michele Cooper, Michele Werner, Darlery Franco, Paul and Sharon Smith, Carolyn Samit, and Jeffrey M. Weintraub (collectively, "Subscriber Plaintiffs"); Alan B. Schorr, M.D., Frank G. Tonrey, M.D., Carmen M. Kavali, M.D., and Brian Mullins, M.S., P.T., (collectively, "Provider Plaintiffs).

their respective classes, and appointing counsel as Class Counsel pursuant to Fed. R. Civ. P. 23(g), and for such other and further relief as is just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order dated April 14, 2010, opposition briefs shall be filed no later than July 2, 2010.  Replies will be served no later than July 16, 2010.

Dated:  May 28, 2010

/s/ Robert J. Axelrod
D. Brian Hufford
Robert J. Axelrod
Daniel L. Berger
Susan J. Weiswasser
Jay Douglas Dean
Anthony F. Maul
POMERANTZ HAUDEK
GROSSMAN & GROSS LLP
100 Park Avenue
New York, NY 10017
212-661-1100

*Chair of the Aetna Plaintiffs' Executive Committee*

James E. Cecchi
Lindsay H. Taylor
CARELLA BYRNE BAIN GILFILLAN
CECCHI STEWART & OLSTEIN, PC
5 Becker Farm Road
Roseland, NJ 07068
973-994- 1700

Edith M. Kallas
Joe R. Whatley
W. Tucker Brown
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
212-447-7070

Barry M. Epstein
Barbara Gail Quackenbos
Lynne Kizis
Eric J. Marcy
Michele C. Lefkowitz
Julia A. López
WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095
732-636-8000

Stephen A. Weiss
Christopher A. Seeger
SEEGER WEISS LLP
One William Street
New York, New York 10004
212-584-0700

Joseph P. Guglielmo
SCOTT + SCOTT LLP
29 West 57th Street, 14th Floor
New York, NY 10019
212-223-6444

David R. Scott
Amanda F. Lawrence
SCOTT + SCOTT LLP
PO Box 192
108 Norwich Ave.
Colchester, CT 06415
860-537-5537

Christopher M. Burke
SCOTT + SCOTT LLP-CA
600 Street, Suite 1500
San Diego, CA 92101
619-233-4565

Andrew S. Friedman, Esq.
Elaine A. Ryan, Esq.
BONNETT, FAIRBOURN, .FRIEDMAN &
BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
602-274-1100

*Members of the Aetna Plaintiffs' Executive Committee*

Jonathan W. Cuneo, Esq.
David W. Stanley, Esq.
CUNEO GILBERT & LADUCA, LLP
507 C Street NE
Washington, D.C. 20002
202-789-3960

Nicholas B. Roth, Esq.
EYSTER KEY TUBBWEAVER & ROTH
402 E. Moulton Street
Decatur, Alabama 35601
256-353-6761

Dennis G. Pantazis, Esq.
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
205-314~0500

Ralph Knowles, Esq.
Kenneth Canfield, Esq.
Martha Fessenden, Esq.
DOFFERMYRE SHIELDS CANFIELD &
KNOWLES, LLC
1355 Peachtree Street, Suite 1600
Atlanta, GA 30309
404-881-8900

Paul M. Weiss, Esq.
Jeffrey A. Leon, Esq.
George K. Lang, Esq.
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
312-220-0000

Gregory J. Pepe, Esq.
NEUBERT, PEPE & MONTEITH P.C.
195 Church Street, 13th Floor
New Haven, CT 06510-20026
203-821-2000

Klari Neuwelt, Esq.
LAW OFFICE OF KLARI NEUWELT
110 East 59th Street, 29th Floor
New York, NY 10022
212-593-8800

Wood R. Foster, Jr., Esq.
Jordan Lewis, Esq.
SIEGEL BRILL GREUPNER DUFFY &
FOSTER P.A.
1300 Washington Ave S
Minneapolis, MN 55401
616-337-6100

Jonathan Alpert, Esq.
THE ALPERT LAW FIRM P.A.
5920 River Terrace
Tampa, Florida 33604-6526
813-223-4131

Donald E. Haviland, Jr., Esq.
THE HAVILAND LAW FIRM LLC
112 Haddontowne Court, Suite 202
Cherry Hill, NJ 08034
215-609-4661

Bruce Heller Nagel, Esq.
Randee M. Matloff, Esq.
NAGEL RICE, LLP
103 Eisenhower Parkway, Suite 201
Roseland, NJ 07068
973-618-0400

Richard J. Burke, Esq.
RICHARD J. BURKE LLC
1010 Market Street, Suite 650
St. Louis, Missouri 63101
314-880-7000

Alberto Nestico, Esq.
KISLING, NESTICO & REDICK LLC
3200 W. Market Street, Suite 300
Akron, Ohio 44333
330-869-9007

Austin Tighe, Esq.
FEAZELL & TIGHE, L.L.P.
6300 Bridgepoint Parkway
Bridgepoint 2, Suite 220
Austin, TX 78732
512-372-8100

Bruce D. Greenberg, Esq.
Jennifer Sarnelli, Esq.
LITE DePALMA GREENBERG
& RIVAS, LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
973-623-3000

Michael C. Dodge, Esq.
GLAST, PHILLIPS & MURRY, P.C.
2200 One Galleria Tower
13355 Noel Road, L.B. 48
Dallas, Texas 86350
972-419-8300

Mark N. Todzo, Esq.
LEXINGTON LAW GROUP, LLP
1627 IRVING ST.
SAN FRANCISCO, CA 94110
415-759-4111

Lisa J. Rodriguez, Esq.
TRUJILLO RODRIGUEZ RICHARDS, LLC
258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002

Ira Neil Richards, Esq.
TRUJILLO RODRIGUEZ RICHARDS, LLC
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
215-731-9004

Marc H. Edelson, Esq.
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
215-230-8043

Anthony Bolognese, Esq.
Joshua H. Grabar, Esq.
Jonathan M Stemerman, Esq.
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
1500 John F. Kennedy Blvd., Ste. 320
Philadelphia, PA 19102
215-814-6750

Scott K. Ames, Esq.
FENNEMORE CRAIG
3003 N. Central Ave. Suite 2600
Phoenix, AZ  85012-2913
602-916-5339

Paul M. Sod, Esq.
LAW OFFICES OF PAUL M. SOD
337R Central Avenue
Lawrence, New York 11559

*Counsel for Plaintiffs*


TO: Richard J. Doren
    GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
    Los Angeles, California 90071-3197

    Jeffery S. Klein
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153

## Schedule A

**The Plaintiffs and the Classes**

The following Plaintiffs bring this motion:

**Subscriber Plaintiffs:** Michele Cooper, Michele Werner, Darlery Franco, Paul and Sharon Smith, Carolyn Samit, and Jeffrey M. Weintraub (collectively, "Subscriber Plaintiffs"); and

**Provider Plaintiffs:** Alan B. Schorr, M.D., Frank G. Tonrey, M.D., Carmen M. Kavali, M.D., and Brian Mullins, M.S., P.T. (collectively, "Provider Plaintiffs").

a. **Subscriber ERISA Class**

Subscriber Plaintiffs Werner, Franco, and the Smiths seek to be class representatives of an "Subscriber ERISA Class," defined as:

> All persons who are, or were, from July 30, 2001 through the present ("ERISA Class Period"), Members in any group healthcare plan insured or administered by Aetna, subject to ERISA (other than New Jersey small employer plan Members), who received hospital or medical services or supplies from a Nonpar provider (or any provider Aetna considered Nonpar for purposes of paying benefits) for which Aetna (or any third party acting on behalf of Aetna) allowed less than the provider's billed charge in determining benefits.

b. **Subscriber New Jersey SEHP and Individual Plan Class**

Subscriber Plaintiffs Cooper and Samit seek to be class representatives of a "Subscriber New Jersey SEHP and Individual Plan Class," defined as:

> All persons who are, or were, from July 30, 2001 through the present ("New Jersey SEHP and Individual Plan Class Period") Members in any New Jersey small group healthcare plan insured or administered by Aetna, subject to ERISA, and Members of Individual Plans insured or administered by Aetna not subject to ERISA who received hospital or medical services or supplies from a Non-Par provider (or any provider Aetna considered Nonpar for purposes of paying benefits) for which Aetna (or any third party acting on behalf of Aetna) allowed an amount less than the provider's billed charge in determining benefits.

8

    **c.**    <u>**Subscriber RICO Antitrust Class**</u>

Each of the Subscriber Plaintiffs seek to be class representatives of a "Subscriber RICO Antitrust Class," defined as:

> All persons who are, or were, from March 1, 2001 through the present ("RICO Class Period"), Members in any healthcare plan (ERISA or non-ERISA) insured or administered by Aetna who received hospital or medical services or supplies from a Nonpar provider (or any provider Aetna considered Non-Par for purposes of paying benefits) for which Aetna (or any third party acting on behalf of Aetna) allowed an amount less than the provider's billed charge in determining benefits, based on the use of the Ingenix Databases.

    **d.**    <u>**Subscriber RICO Section 664 Subclass**</u>

Each of the Subscriber Plaintiffs except Weintraub seeks to be class representatives of a "Subscriber RICO Section 664 Subclass," defined as:

> All persons who are, or were, from March 1, 2001 through the present ("RICO Section 664 Subclass Period"), Members in any healthcare ERISA plan insured or administered by Aetna who received hospital or medical services or supplies from a Nonpar provider (or any provider Aetna considered Non-Par for purposes of paying benefits) for which Aetna (or any third party acting on behalf of Aetna) allowed an amount less than the provider's billed charge in determining benefits, based on the use of the Ingenix Databases.

    **e.**    <u>**Subscriber New York Damages Class**</u>

Weintraub seeks to be a class representative of a "Subscriber New York Damages Class," defined as:

> All persons or entities residing in New York who paid premiums for out-of-network health insurance coverage from Aetna and received reimbursement for ONETs between April 29, 2004 and the present.

    **f.**    <u>**Non-ERISA Class**</u>

Weintraub also seeks to be a class representative of a "Non-ERISA Class," defined as:

9

> All persons who, are or were, from April 29, 2004 through the present ("Non-ERISA Class Period") Members in any plan insured or administered by Aetna, which was not subject to nor governed by ERISA, who received hospital or medical services or supplies from a Non-par provider for which Aetna (or any third party acting on behalf of Aetna) allowed less than the provider's billed charges in determining benefits.

**g.** **Provider Class**

The Provider Plaintiffs seek to be class representatives of a "Provider Class," defined as:

> All Nonparticipating healthcare providers within the boundaries of the United States of America, who provided services to any member of any Aetna insured or administered health plan, at any time during the period June 3, 2003 through the date of certification and were paid less than their billed charge for such "out-of-network" medical services.

**h.** **Provider ERISA Subclass**

In addition, the Provider Plaintiffs seek to be class representatives of a "Provider ERISA Subclass" defined as:

> All non-participating healthcare providers, within the boundaries of the United States of America, who provided services to any member of any Aetna insured or administered group health plan subject to ERISA, at any time during the period June 3, 2003 through the date of certification and were paid less than their billed charge for such "out-of-network" medical services.