UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------X

IN RE: AETNA UCR LITIGATION

MDL NO. 2020

MASTER DOCKET NO.
07-3541 (FSH) (PS)

This Document Relates to:   ALL CASES

-------------------------------------------------------------X

**DECLARATION OF ROBERT J. AXELROD IN SUPPORT OF
PLAINTIFFS' MOTION TO STRIKE DECLARATIONS
(28 U.S.C. § 1746)**

**ROBERT J. AXELROD**, subject to penalty of perjury, avers the following:

1. I am a member of Pomerantz Haudek Grossman & Gross LLP, Chair of the Plaintiffs' Executive Committee. I make this Declaration in support of Plaintiffs' motion to strike certain declarations submitted in opposition to Plaintiffs' motion for class certification.

2. A true and correct copy of the declaration of Donald K. Harrington, Jr., dated June 30, 2010, is annexed as Exhibit 1.

3. A true and correct copy of the deposition of Donald K. Harrington, Jr., dated August 6, 2010, is annexed as Exhibit 2.

4. A true and correct copy of the declaration of Merry Noss, dated June 29, 2010, is annexed as Exhibit 3.

5. A true and correct copy of the deposition of Merry Noss, dated August 12, 2010, is annexed as Exhibit 4.

      6.      A true and correct copy of the declaration of Ana B. Chavez, dated July 1, 2010, is annexed as Exhibit 5.

      7.      A true and correct copy of the deposition of Ana B. Chavez, dated July 13, 2010, is annexed as Exhibit 6.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of August 2010.

                                                            s/ Robert J. Axelrod
                                                            Robert J. Axelrod