NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____

IN RE: AETNA UCR LITIGATION

This Document Relates To: ALL CASES

_____

: MDL No. 2020
:
: Master File No. 2:07-cv-3541 (FSH) (PS)
:
:
: **ORDER**
:
: Date: September 14, 2010
:

**HOCHBERG, District Judge**:

This matter has been raised by the Court *sua sponte* due to the Court's concern with the prolonged period of dormancy in the case while the parties have participated in mediation; and

it appearing that the pending motions in this matter are aging unduly on the Court's docket as a result of the Court's expectation, fostered by the parties' representations, that mediation would bring about an expeditious and amicable resolution;

**IT IS** on this 14th day of September, 2010, **ORDERED** that the pending motions in this case [Docket ## 249, 428, 448, 468, 469, 473, 548, and 579 in Cooper v. Aetna Health Inc. (07-cv-3541); and Docket # 130 in Weintraub v. Ingenix Inc. (09-cv-2027)] shall be **ADMINISTRATIVELY TERMINATED** as effectively stayed during mediation. Any motion may be reactivated if the parties advise the Court that settlement talks would no longer be productive; and it is further

**ORDERED** that the parties shall appear at a status conference before the undersigned on **Monday October 18, 2010 at 11:00 a.m.**, at which the Court intends to inquire closely into whether the parties intend to settle this matter or proceed to trial. The parties are advised that the Court's patience is wearing thin after the long delay in bringing this matter either to an amicable

resolution or to a trial posture.

                                                    **/s/ Faith S. Hochberg**
                                                Hon. Faith S. Hochberg, U.S.D.J.