D. Brian Hufford
Robert J. Axelrod
Susan J. Weiswasser
Jay D. Dean
POMERANTZ HAUDEK
GROSSMAN & GROSS LLP
100 Park Avenue
New York, NY 10017
212-661-1100

*Chair of the Aetna Plaintiffs' Executive Committee*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

---------------------------------------------------------------X

IN RE:  AETNA UCR LITIGATION

MDL NO. 2020

This Document Relates to:   ALL CASES

MASTER DOCKET NO.
07-3541 (FSH)(PS)

---------------------------------------------------------------X

**PLAINTIFFS' SUBMISSION IN RESPONSE TO THE
COURT'S FEBRUARY 1, 2011 ORDER**

Plaintiffs respectfully submit the attached comparison of the Joint Consolidated Amended Complaint (Docket No. 219) and the Second Joint Consolidated Amended Complaint (Docket No. 319) in blackline form.  In addition, we provide a brief listing of the substantive changes for the Court's convenience.

1. One named Provider Plaintiff, Valauri, was deleted from the Second Joint Consolidated Amended Complaint (hereinafter, "SAC").

2. The SAC adds certain language making it clearer that certain Provider Plaintiffs and Associations do not bring claims against United Healthcare Group ("UHG") or Ingenix.  It also adds language relating to certain Plaintiffs who do assert claims against UHG or Ingenix in

addition to Plaintiff Weintraub. Accordingly, both the Aetna and UHG defendants are alleged to have engaged in antitrust violations (UHG as a Defendant rather than only as a co-conspirator), and in violations of RICO.

      3.     Subscriber Plaintiff Hull is added as a representative for the Subscriber ERISA Class. The SAC further clarifies that Subscriber Plaintiff Weintraub is not a class representative for the RICO section 664 class. The SAC also clarifies that Plaintiff Hull is not currently insured by Aetna and does not seek injunctive relief.

Dated: February 4, 2011

    s/ Robert J. Axelrod
D. Brian Hufford
Robert J. Axelrod
Susan J. Weiswasser
Jay D. Dean
POMERANTZ HAUDEK
GROSSMAN & GROSS LLP
100 Park Avenue
New York, NY 10017
212-661-1100

*Chair of the Aetna Plaintiffs' Executive Committee*

James E. Cecchi
Lindsay H. Taylor
CARELLA BYRNE BAIN GILFILLAN
CECCHI STEWART & OLSTEIN, PC
5 Becker Farm Road
Roseland, NJ 07068
973-994- 1700

Joe R. Whatley
Edith M. Kallas
W. Tucker Brown
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
212-447-7070

Barry M. Epstein
Lynne Kizis
Barbara Gail Quackenbos
Eric Marcy
WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive, PO Box 10
Woodbridge, NJ 07095
732-636-8000

Kevin M. Berry
WILENTZ, GOLDMAN & SPITZER P.A.
110 William Street, 26th Floor
New York, NY 10038
212-267-3091

Stephen A. Weiss
Christopher A. Seeger
Diogenes P. Kekatos
James A. O'Brien III
SEEGER WEISS LLP
One William Street
New York, New York 10004
212-584-0700

Joseph P. Guglielmo
SCOTT + SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
212-223-6444

David R. Scott
Amanda F. Lawrence
SCOTT + SCOTT LLP
PO Box 192
108 Norwich Ave.
Colchester, CT 06415
860-537-5537

Christopher M. Burke
SCOTT + SCOTT LLP-CA
707 Broadway, 10th floor
San Diego, CA 92101
619-233-4565

Andrew S. Friedman
Elaine A. Ryan
Kathryn A. Jann
Kimberly Page
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
602-274-1100

*Members of the Aetna Plaintiffs' Executive Committee*

Nicholas B. Roth
EYSTER KEY TUBBWEAVER & ROTH
402 E. Moulton Street
Decatur, Alabama 35601
256-353-6761

Dennis G. Pantazis
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
205-314~0500

Ralph Knowles
Kenneth Canfield
DOFFERMYRE SHIELDS CANFIELD &
KNOWLES, LLC
1355 Peachtree Street, Suite 1600
Atlanta, GA 30309
404-881-8900

Paul M. Weiss
Jeffrey A. Leon
George K. Lang
FREED & WEISS LLC
111 West Washington Street, Suite 1331
Chicago, Illinois 60602
312-220-0000

Gregory J. Pepe
NEUBERT, PEPE & MONTEITH P.C.
195 Church Street, 13th Floor
New Haven, CT 06510-20026
203-821-2000

4

Klari Neuwelt
LAW OFFICE OF KLARI NEUWEL T
110 East 59th Street, 29th Floor
New York, NY 10022
212-593-8800

Wood R. Foster, Jr.
Jordan Lewis
SIEGEL BRILL GREUPNER
 DUFFY & FOSTER P.A.
1300 Washington Ave S
Minneapolis, MN 55401
616-337-6100

Jonathan Alpert
THE ALPERT LAW FIRM P.A.
5920 River Terrace
Tampa, Florida 33604-6526
813-223-4131

Donald E. Haviland Jr., Esq.
HAVILAND HUGHES, L.L.C.
111 S. Independence Mall East
The Bourse, Suite 1000
Philadelphia, Pennsylvania 19106
215-609-4661

Bruce Heller Nagel
Randee M. Matloff
NAGEL RICE, LLP
103 Eisenhower Parkway, Suite 201
Roseland, NJ 07068
973-618-0400

Richard J. Burke
RICHARD J. BURKE LLC
1010 Market Street, Suite 650
St. Louis, Missouri 63101
314-880-7000

Alberto Nestico
KISLING, NESTICO & REDICK LLC
3200 W. Market Street, Suite 300
Akron, Ohio 44333
330-869-9007

5

Austin Tighe
FEAZELL & TIGHE, L.L.P.
6300 Bridgepoint Parkway
Bridgepoint 2, Suite 220
Austin, TX 78732
512-372-8100

Bruce D. Greenberg
LITE DePALMA GREENBERG LLC
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
973-623-3000

Michael C. Dodge
GLAST, PHILLIPS & MURRY, P.C.
2200 One Galleria Tower
13355 Noel Road, L.B. 48
Dallas, Texas 86350
972-419-8300

Mark N. Todzo
LEXINGTON LAW GROUP, LLP
1627 Irving St.
San Francisco, Ca 94110
415-759-4111

Lisa J. Rodriguez
TRUJILLO RODRIGUEZ RICHARDS, LLC
258 Kings Highway East
Haddonfield, NJ 08033
856-795-9002

Ira Neil Richards
TRUJILLO RODRIGUEZ RICHARDS, LLC
1717 Arch Street, Suite 3838
Philadelphia, PA 19103
215-731-9004

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
215-230-8043

Anthony Bolognese
Joshua H. Grabar
Jonathan M Stemerman
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
1500 John F. Kennedy Blvd., Ste. 320
Philadelphia, PA 19102
215-814-6750

Paul M. Sod
LAW OFFICES OF PAUL M. SOD
337R Central Avenue
Lawrence, New York 11559
516-295-0707

*Counsel for Plaintiffs*