UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION<br><br>This Document Relates To:<br>    *All Cases* | MDL No. 2020<br><br>MASTER FILE NO. 2:07-CV-3541 (FSH)(PS)<br><br>*Filed via ECF* |

**MOTION OF PLAINTIFF AMERICAN MEDICAL ASSOCIATION
TO DISMISS CLAIMS WITHOUT PREJUDICE AND WITH LEAVE
TO REFILE ON BEHALF OF PHYSICIAN MEMBERS WHO WERE
MEMBERS OF THE SETTLEMENT CLASS IN THE
AETNA SETTLEMENT IN *IN RE MANAGED CARE LITIGATION*__**

Plaintiff American Medical Association ("AMA") moves to dismiss without prejudice the claims it has brought on behalf of physician class members who were members of the class in the 2003 Aetna Settlement in *In re Managed Care Litigation*, 00-MD-1334-MORENO (S.D. Fla.). The AMA files this motion only because of the March 8, 2011 Order entered in that case by the Honorable Federico A. Moreno, which Order was noted in this Court's Order of March 18, 2011 (DE 762). The AMA reserves the right to refile these claims if Judge Moreno's March 8 Order is vacated. The AMA continues to pursue its claims on behalf of itself and on behalf of its members who were not members of the class in the 2003 Aetna Settlement in *In Re Managed Care Litigation*.

Dated: March 28, 2011

                                                     /s D. Brian Hufford
                                                     D. Brian Hufford
                                                     Robert J. Axelrod
                                                     Susan J. Weiswasser
                                                     Jay Douglas Dean
                                                     Anthony F. Maul
                                                     POMERANTZ HAUDEK
                                                      GROSSMAN & GROSS LLP
                                                     100 Park Avenue
                                                     New York, NY 10017
                                                     212-661-1100

                                                     *Chair of the Aetna Plaintiffs' Executive Committee*

James E. Cecchi
Lindsay H. Taylor
CARELLA BYRNE BAIN GILFILLAN CECCHI
STEWART & OLSTEIN, PC
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700

Joe R. Whatley, Jr.
Edith M. Kallas
W. Tucker Brown
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
212-447-7070

Barry M. Epstein
Kevin Peter Roddy
Lynne Kizis
Barbara Gail Quackenbos
Eric Marcy
WILENTZ, GOLDMAN & SPITZER P.A.
90 Woodbridge Center Drive
PO Box 10
Woodbridge, NJ 07095
732-636-8000

Kevin M. Berry
WILENTZ, GOLDMAN & SPITZER P.A.
110 William Street, 26th Floor
New York, NY 10038
212-267-3091

Stephen A. Weiss
Christopher A. Seeger
Diogenes P. Kekatos
James A. O'Brien III
SEEGER WEISS LLP
One William Street
New York, New York 10004
212-584-0700

Joseph P. Guglielmo
SCOTT + SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY 10110
212-223-6444

David R. Scott
Amanda F. Lawrence
SCOTT + SCOTT LLP
PO Box 192
108 Norwich Ave.
Colchester, CT 06415
860-537-5537

Christopher M. Burke
SCOTT + SCOTT LLP-CA
7070 Broadway, 10th floor
San Diego, CA 92101
619-233-4565

Andrew S. Friedman
Elaine A. Ryan
Kathryn A. Jann
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
602-274-1100

*Members of the Aetna Plaintiffs' Executive Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2011, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record registered to receive electronic filings. All counsel of record have also been served by electronic mail.

s/ Susan J. Weiswasser<br>
Susan J. Weiswasser