UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION<br><br>This Document Relates To:<br>*All Cases* | MDL No. 2020<br><br>MASTER FILE NO. 2:07-CV-3541 (FSH)(PS) |

~~[PROPOSED]~~ ORDER

This matter comes before the Court upon the motion of Plaintiff American Medical Association ("AMA") to dismiss without prejudice the claims it has brought on behalf of physician class members who were members of the class in the 2003 Aetna Settlement in *In re Managed Care Litigation*, 00-MD-1334-MORENO (S.D. Fla.) (the "*MCL*").

It is on this 27th day of April 2011,

ORDERED that the claims of the AMA, to the extent they are brought on behalf of physician class members who were members of the class in the 2003 Aetna Settlement in the *MCL*, are dismissed without prejudice. Any claim of the AMA brought on behalf of any person who was not a member of the class in the 2003 Aetna Settlement in the *MCL* is unaffected by this Order.

_____
Hon. Faith S. Hochberg, U.S.D.J.