UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: AETNA UCR LITIGATION, | : MDL No. 2020 |
|  | : Master File No. 07-cv-3541 (SRC) (PS) |
| This Document Relates To: ALL CASES | : **ORDER** |

**CHESLER**, District Judge

      This matter having come before the Court upon a status conference held on October 20, 2011; and counsel for all parties having attended the conference; and the Court having consulted with the parties on various issues, including those raised in Aetna's September 7, 2011 letter requesting, among other things, guidance regarding class certification briefing [docket entry 793]; and the Court now memorializing the agreement reached by the parties as to the issues discussed;

      **IT IS** on this 31st day of October, 2011,

      **ORDERED** that Defendants shall file one joint brief, not to exceed 15 pages double-spaced, which supplements their briefing on the pending motion to dismiss and which addresses the issue of whether Provider Plaintiffs have standing to pursue the claims pled in the Second Joint Consolidated Amended Class Action Complaint; and it is further

**ORDERED** that Plaintiffs shall thereafter file one joint brief, not to exceed 15 pages double-spaced, responding to Defendants' supplemental brief on Provider Plaintiff standing; and it is further

**ORDERED** that the parties shall confer and agree upon a briefing schedule to complete the supplemental briefing ordered above; and it is further

**ORDERED** that the parties shall submit a proposed form of Order setting forth their agreed-upon briefing schedule on or before **Monday, November 7, 2011**; and it is further

**ORDERED** that the Court will hold decision on the pending motion to dismiss in abeyance until **December 22, 2011**, in light of the parties' representations that they will continue to engage in earnest and good faith settlement discussions; and it is further

**ORDERED** that James Cecchi, Plaintiffs' Settlement Liaison counsel, and Liza Walsh, Aetna's local counsel, shall provide the Court with a report on the status of settlement negotiations on or before **December 15, 2011**, so that the Court can re-evaluate whether continuing to hold the motion to dismiss in abeyance is appropriate; and it is further

**ORDERED** that the current deadlines relating to the submission and briefing of a class certification motion are adjourned without date, with a revised re-briefing schedule to be set by the Court after it adjudicates the pending motion to dismiss; and it is further

**ORDERED** that the final pretrial conference and deadline for submission of a proposed final pretrial order are adjourned without date, with a new date to be set by the Court after it adjudicates the re-briefed class certification motion; and it is further

**ORDERED** that no further discovery may be conducted.

                                        s/Stanley R. Chesler
                                        STANLEY R. CHESLER
                                        United States District Judge