UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------X

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION | MDL NO. 2020 |
| _____ | MASTER DOCKET NO. 07-3541 (SRC) (PS) |
| This Document Relates to: ALL CASES | **NOTICE OF APPEARANCE** |

---------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I hereby enter my appearance as counsel in this case for Plaintiffs.

Dated: January 11, 2012                COMPLEX LITIGATION GROUP LLC

/s/ Julie D. Miller
Julie D. Miller
111 W. Washington Street
Suite 1331
Chicago, IL 60602
(312) 220-0000
(312) 220-7777 – fax
juliem@complexlitgroup.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, affirms that on January 11, 2012, she filed an electronic copy of the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

/s/ Julie D. Miller
Julie D. Miller
Complex Litigation Group LLC
111 W. Washington Street
Suite 1331
Chicago, IL 60602
(312) 220-0000
(312) 220-7777 – fax
juliem@complexlitgroup.com