UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION,<br><br>This Document Relates To: ALL CASES | Master File No. 07-3541(SRC)(PS)<br>MDL NO. 2020<br><br>**NOTICE OF MOTION** |

TO:   All Counsel on ECF Mailing List

PLEASE TAKE NOTICE that on such time and date as the Court shall determine, the undersigned counsel for Plaintiffs and Defendants shall move before Hon. Stanley R. Chesler at the United States Post Office and Courthouse Building, Newark, New Jersey 07101 for an Order granting preliminary approval to the class action settlement agreed upon by the parties.

The undersigned intends to rely upon the annexed Brief and exhibits thereto.

The undersigned hereby requests oral argument.

                              CARELLA, BYRNE, CECCHI,
                              OLSTEIN, BRODY & AGNELLO
                              Settlement Class Counsel


                              By:   /s/ James E. Cecchi
                                    JAMES E. CECCHI

Dated: December 7, 2012

| **Provider Class Counsel:** | **Attorneys for Defendants** |
|---|---|
| D. Brian Hufford | Liza M. Walsh |
| Robert J. Axelrod | Patricia A. Lee |
| POMERANTZ GROSSMAN HUFFORD | CONNELL FOLEY LLP |
| DAHLSTROM & GROSS LLP | 85 Livingston Avenue |
| 600 Third Avenue | Roseland New Jersey 07068 |
| New York, New York 10016 | (973) 535-0500 |
| (212) 661-1100 | |
| | Richard J. Doren |
| Edith M. Kallas | GIBSON, DUNN & CRUTCHER LLP |
| Joe R. Whatley, Jr. | 333 South Grand Avenue |

WHATLEY KALLAS, LLC
380 Madison Avenue, 23rd Floor
New York, NY 10017
(212) 447-7060

Los Angeles, CA  90071
(213) 229-7038

Andrew S. Friedman
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2901 N. Central Avenue, Suite #1000
Phoenix, AZ 85012
(602) 274-1100

Christopher P. Ridout
RIDOUT & LYON LLP
555 East Ocean Boulevard, Suite 500
Long Beach, California 90802
(562) 216-7380

**Subscriber Class Counsel:**

Stephen A. Weiss
Diogenes P. Kekatos
SEEGER WEISS LLP
77 Water Street, 26th Floor
New York, New York 10005
(212) 584-0700

David R. Scott
Christopher M. Burke
Joseph P. Guglielmo
SCOTT + SCOTT LLP
405 Lexington Ave, 40th Floor
New York, New York 10010
(212) 223-6444

Raymond R. Boucher
KIESEL BOUCHER LARSON
8648 Wilshire Blvd.
Beverly Hills, California 90211
(310) 854-4444

H. Tim Hoffman
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, California 94612
510-763-5700