**WILENTZ, GOLDMAN & SPITZER, P.A.**
Barry M. Epstein, Esq.
Barbara Gail Quackenbos, Esq.
Lynne M. Kizis, Esq.
Eric J. Marcy, Esq.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ  07095
Telephone:  (732) 636-8000
Co-Interim Class Counsel
For the Adequate Subscriber Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

-------------------------------------------------------X

IN RE:  AETNA UCR LITIGATION

This Document Relates To:  ALL CASES

-------------------------------------------------------X

*Document Electronically Filed*

MDL NO. 2020

Master File No. 2:07-cv-3541 (SRC)

**STIPULATION AND ORDER**

WHEREAS, on December 6, 2012, Defendant Aetna, the settling Subscriber Class Members and the settling Provider Class members (collectively, "the Settling Parties") filed a Joint Motion for Preliminary Approval of Settlement;

WHEREAS, per the minute entry for the telephone conference held on December 12, 2012, any Opposition to the Settling Parties' Joint Motion for Preliminary Approval of Settlement is due on January 7, 2013;

WHEREAS, per N.J. Civil Local Rule 7.2(d), any briefs filed in Opposition to the Joint Motion are limited to 40 pages when using the font Times New Roman 14;

WHEREAS, Subscriber Plaintiffs opposing the Proposed Settlement require additional pages to respond to the Joint Motion for Preliminary Approval of Settlement, in light of the numerous complex and significant issues raised by this Joint Motion;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that Subscriber Plaintiffs shall have up to 50 pages in length, using the font Times New Roman 14, for its Opposition to the Settling Parties' Joint Motion for Preliminary Approval of Settlement.

_____/s/ Barry M. Epstein_____
Barry M. Esptein, Esq.
Barbara G. Quackenbos, Esq.
Lynne M. Kizis, Esq.
Eric J. Marcy, Esq.
**Wilentz, Goldman & Spitzer, P.A.**
90 Woodbridge Center Drive
Woodbridge, NJ  07095
(732) 636-8000
*Co-Interim Class Counsel*
*For the Adequate Subscriber Plaintiffs*

_____/s/ James E. Cecchi_____
James E. Cecchi, Esq.
Lindsey H. Taylor, Esq.
**Carella, Byrne, Cecchi, Olstein,**
**Brody & Agnello, P.C.**
5 Becker Farm Road
Roseland, NJ  07068
(973) 994-1700
*Settlement Class Counsel*


IT IS SO ORDERED:

Dated: January ___, 2013


_____
**HON. STANLEY R. CHESLER, U.S.D.J.**

2