UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

IN RE: AETNA UCR LITIGATION

---

This Document Relates to:  ALL CASES

*Document Filed Electronically*

**MDL No. 2020**

**MASTER FILE No. 2:07-CV-3541 (KSH) (CW)**

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Barry M. Epstein of Epstein & Quackenbos, P.C. as attorneys for Plaintiffs Michele Cooper, Michele Werner, Darlery Franco, Paul and Sharon Smith and Carolyn Samit, hereby enters an appearance in the above case. A Consent Order Granting Substitution of Attorney substituting Epstein & Quackenbos P.C. for the previous firm (Wilentz Goldman & Spitzer, P.A.) is being filed coincidentally herewith. Notice is further given that the undersigned requests that all notices in this action be served upon the undersigned at the mailing and email addresses set forth below.

Dated:  August 6, 2013

/s/ Barry M. Epstein

Barry M. Epstein, Esq.
Epstein & Quackenbos, P.C.
103 Eisenhower Parkway; #102
Roseland, NJ 07068
(973) 228-4642

bepstein@eqlawoffice.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: AETNA UCR LITIGATION

This Document Relates to:  ALL CASES

*Document Filed Electronically*

**MDL No. 2020**

**MASTER FILE No. 2:07-CV-3541 (KSH) (CW)**

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Barbara Gail Quackenbos of Epstein & Quackenbos, P.C. as attorneys for Plaintiffs Michele Cooper, Michele Werner, Darlery Franco, Paul and Sharon Smith and Carolyn Samit, hereby enters an appearance in the above case.  A Consent Order Granting Substitution of Attorney substituting Epstein & Quackenbos P.C. for the previous firm (Wilentz Goldman & Spitzer, P.A.) is being filed coincidentally herewith.  Notice is further given that the undersigned requests that all notices in this action be served upon the undersigned at the mailing and email addresses set forth below.

Dated:  August 6, 2013

/s/ Barbara Gail Quackenbos

Barbara Gail Quackenbos, Esq.
Epstein & Quackenbos, P.C.
103 Eisenhower Parkway; #102
Roseland, NJ 07068
(973) 228-4642

bquackenbos@eqlawoffice.com

◆AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

In Re: Aetna UCR Litigation (MDL No. 2020)
                Plaintiff (s),
V.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-CV-3541 (KSH)

Notice is hereby given that, subject to approval by the court, __Michele Cooper__ substitutes
                                                                                                         (Party (s) Name)

__Barry M. Epstein, Esq.__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Wilentz, Goldman & Spitzer, P.A.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          Epstein & Quackenbos, P.C.
    Address:             103 Eisenhower Parkway, Suite 102, Roseland, New Jersey 07068
    Telephone:         (973) 228-4642          Facsimile  (973) 228-4962
    E-Mail (Optional):    bepstein@eqlawoffice.com

I consent to the above substitution.
Date: July 30, 2013                                   Michele Cooper
                                                                            (Signature of Party (s))

I consent to being substituted.
Date: July 25, 2013                                   
                                                                           (Signature of Former Attorney (s))

I consent to the above substitution.
Date: July 29, 2013                                   Barry M. Epstein
                                                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                           _____
                                                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of **NEW JERSEY**

In Re: Aetna UCR Litigation (MDL No. 2020)
                Plaintiff (s),

V.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-CV-3541 (KSH)

Notice is hereby given that, subject to approval by the court, __Michele Cooper__ substitutes
                                                                                           (Party (s) Name)

__Barbara G. Quackenbos, Esq.__, State Bar No. _____ as counsel of record in
  (Name of New Attorney)

place of __Wilentz, Goldman & Spitzer, P.A.__
                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         Epstein & Quackenbos, P.C.
    Address:            103 Eisenhower Parkway, Suite 102, Roseland, New Jersey 07068
    Telephone:        (973) 228-4642       Facsimile  (973) 228-4962
    E-Mail (Optional):  bquackenbos@eqlawoffice.com

I consent to the above substitution.
Date: July 30, 2013                                                      /s/ Michele Cooper
                                                                               (Signature of Party (s))

I consent to being substituted.
Date: July 25, 2013                                                       /s/
                                                                               (Signature of Former Attorney (s))

I consent to the above substitution.
Date: July 29, 2013                                                       /s/ Barbara G. Quackenbos
                                                                               (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                     _____
                                                                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

In Re: Aetna UCR Litigation (MDL No. 2020)
Plaintiff(s),
V.

Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-CV-3541 (KSH)

Notice is hereby given that, subject to approval by the court, __Darlery Franco__ substitutes
(Party(s) Name)
__Barbara G. Quackenbos, Esq.__, State Bar No. _____ as counsel of record in
(Name of New Attorney)
place of __Wilentz, Goldman & Spitzer, P.A.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name:     Epstein & Quackenbos, P.C.
    Address:     103 Eisenhower Parkway, Suite 102, Roseland, New Jersey 07068
    Telephone:     (973) 228-4642     Facsimile (973) 228-4982
    E-Mail (Optional):     bquackenbos@eqlawoffice.com

I consent to the above substitution.
Date: __July 30, 2013__
    (Signature of Party(s))

I consent to being substituted.
Date: __July 25, 2013__
    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: __July 29, 2013__
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

%AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

In Re: Aetna UCR Litigation (MDL No. 2020)
                   Plaintiff(s),
     V.
                   Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-CV-3541 (KSH)

Notice is hereby given that, subject to approval by the court, __Darlary Franco__ substitutes
(Party (s) Name)

__Barry M. Epstein, Esq.__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Wilentz, Goldman & Spitzer, P.A.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

     Firm Name:      Epstein & Quackenbos, P.C.
     Address:      103 Eisenhower Parkway, Suite 102, Roseland, New Jersey 07068
     Telephone:      (973) 228-4642      Facsimile (973) 228-4962
     E-Mail (Optional):      bepstein@eqlawoffice.com

I consent to the above substitution.
Date: July 30, 2013
                                     (Signature of Party (s))

I consent to being substituted.
Date: July 25, 2013
                                     (Signature of Former Attorney (s))

I consent to the above substitution.
Date: July 29, 2013
                                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                      _____
                                                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

In Re: Aetna UCR Litigation (MDL No. 2020)
                  Plaintiff(s),

V.

                  Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-CV-3541 (KSH)

Notice is hereby given that, subject to approval by the court, __Carolyn Samit__ substitutes
                                                            (Party (s) Name)

__Barbara G. Quackenbos, Esq.__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Wilentz, Goldman & Spitzer, P.A.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Epstein & Quackenbos, P.C.
    Address:     103 Eisenhower Parkway, Suite 102, Roseland, New Jersey 07068
    Telephone:     (973) 228-4642     Facsimile (973) 228-4962
    E-Mail (Optional):     bquackenbos@eqlawoffice.com

I consent to the above substitution.
Date: 8/1/13

*(Signature of Party(s))*

I consent to being substituted.
Date: July 25, 2013

*(Signature of Former Attorney(s))*

I consent to the above substitution.
Date: July 29, 2013

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

In Re: Aetna UCR Litigation (MDL No. 2020)
               Plaintiff (s),

V.

               Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-CV-3541 (KSH)

Notice is hereby given that, subject to approval by the court, __Carolyn Samit__ substitutes
                                                                  (Party (s) Name)

__Barry M. Epstein, Esq.__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Wilentz, Goldman & Spitzer, P.A.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Epstein & Quackenbos, P.C.
    Address:       103 Eisenhower Parkway, Suite 102, Roseland, New Jersey 07068
    Telephone:     (973) 228-4642     Facsimile  (973) 228-4962
    E-Mail (Optional):   bepstein@eqlawoffice.com

I consent to the above substitution.
Date:   8/1/13                      X _____
                                            (Signature of Party (s))

I consent to being substituted.
Date:   July 25, 2013            _____
                                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date:   July 29, 2013           _____
                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                       Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

%AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of __NEW JERSEY__

In Re: Aetna UCR Litigation (MDL NO. 2020)
Plaintiff (s),
V.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __07-CV-3541 (KSH)__

Notice is hereby given that, subject to approval by the court, __Michele Werner__ substitutes
(Party (s) Name)

__Barbara G. Quackenbos, Esq.__, State Bar No. _____, as counsel of record in
(Name of New Attorney)

place of __Wilentz, Goldman & Spitzer, P.A.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __Epstein & Quackenbos, P.C.__
Address: __103 Eisenhower Parkway, Suite 102, Roseland, New Jersey 07068__
Telephone: __(973) 228-4642__  Facsimile __(973) 228-4982__
E-Mail (Optional): __bquackenbos@eqlawoffice.com__

I consent to the above substitution.
Date: __Aug 5, 2013__                                    _/s/ Michele Werner_
                                                         (Signature of Party (s))

I consent to being substituted.
Date: __July 25, 2013__                                  _/s/_
                                                         (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __July 29, 2013__                                  _/s/_
                                                         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                             _____
                                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

§AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     NEW JERSEY

In Re: Aetna UCR Litigation (MDL NO. 2020)
         Plaintiff(s),

V.

         Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-CV-3541 (KSH)

Notice is hereby given that, subject to approval by the court, **Michele Werner** substitutes
(Party (s) Name)

**Barry M. Epstein, Esq.** , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of **Wilentz, Goldman & Spitzer, P.A.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Epstein & Quackenbos, P.C.
    Address:     103 Eisenhower Parkway, Suite 102, Roseland, New Jersey 07068
    Telephone:     (973) 228-4642     Facsimile (973) 228-4962
    E-Mail (Optional):     bepstein@eqlawoffice.com

I consent to the above substitution.
Date: August 5, 2013     _/s/ Michele Werner_
         (Signature of Party (s))

I consent to being substituted.
Date: July 25, 2013     _[signature]_
         (Signature of Former Attorney (s))

I consent to the above substitution.
Date: July 25, 2013     _/s/ Barry M. Epstein_
         (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____     _____
         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of __NEW JERSEY__

In Re: Aetna UCR Litigation (MDL No. 2020)
                      Plaintiff(s),
        V.

                      Defendant(s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-CV-3541 (KSH)

Notice is hereby given that, subject to approval by the court, __Paul Smith and Sharon Smith__ substitutes
                                                                        (Party(s) Name)

__Barbara G. Quackenbos, Esq.__, State Bar No. _____ as counsel of record in
   (Name of New Attorney)

place of __Wilentz, Goldman & Spitzer, P.A.__
                    (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name:     Epstein & Quackenbos, P.C.
    Address:        103 Eisenhower Parkway, Suite 102, Roseland, New Jersey 07068
    Telephone:    (973) 228-4642            Facsimile (973) 228-4962
    E-Mail (Optional):  bquackenbos@eqlawoffice.com

I consent to the above substitution.
Date: August 6, 2013

*Paul E. Smith*
*Sharon L Smith*
(Signature of Party(s))

I consent to being substituted.
Date: July 25, 2013

*[signature]*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: July 29, 2013

*Barbara G Quackenbos*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____  _____
                           Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of _____ NEW JERSEY _____

In Re: Aetna UCR Litigation (MDL No. 2020)
        Plaintiff (s),
V.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 07-CV-3541 (KSH)

Notice is hereby given that, subject to approval by the court, __Paul Smith and Sharon Smith__ substitutes
                  (Party (s) Name)

__Barry M. Epstein, Esq._____, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __Wilentz, Goldman & Spitzer, P.A._____
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
 Firm Name: Epstein & Quackenbos, P.C.
 Address: 103 Eisenhower Parkway, Suite 102, Roseland, New Jersey 07068
 Telephone: (973) 228-4642  Facsimile (973) 228-4962
 E-Mail (Optional): bepstein@eqlawoffice.com

I consent to the above substitution.
Date: August 6, 2013

*Paul E Smith*
*Sharon L Smith*
(Signature of Party (s))

I consent to being substituted.
Date: July 25, 2013

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: July 29, 2013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____      _____
                               Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]