**LOWENSTEIN SANDLER LLP**
Michael B. Himmel, Esq.
Natalie J. Kraner, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
mhimmel@lowenstein.com
*Attorneys for Defendants Ingenix, Inc.*
*and UnitedHealth Group Incorporated*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  AETNA UCR LITIGATION,<br><br>This Document Relates To:  ALL CASES | *FILED ELECTRONICALLY*<br><br>MDL NO. 2020<br><br>Master File No. 2:07-CV-3541 (KSH)<br><br>**NOTICE OF MOTION OF INGENIX, INC. AND UNITEDHEALTH GROUP INCORPORATED TO DISMISS PLAINTIFFS' SECOND JOINT CONSOLIDATED AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that on January 21, 2014, the undersigned

attorneys for Defendants UnitedHealth Group Incorporated and Ingenix, Inc. shall

move pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) before the

Honorable Katharine Sweeney Hayden, at the United States District Court for the

District of New Jersey, for an Order dismissing Plaintiffs' Second Joint

Consolidated Amended Complaint as to Ingenix, Inc. and UnitedHealth Group Incorporated.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Ingenix, Inc. and UnitedHealth Group Incorporated will rely upon the accompanying Memorandum of Law, dated October 18, 2013.

**PLEASE TAKE FURTHER NOTICE** that Ingenix, Inc. and UnitedHealth Group Incorporated have submitted herewith a proposed form of order.

Dated:  October 18, 2013                    Respectfully submitted,

                                              /s/ Michael B. Himmel
                                            Michael B. Himmel, Esq.
                                            Natalie J. Kraner, Esq.
                                            LOWENSTEIN SANDLER LLP

                                            Jeffrey S. Klein, Esq.*
                                            Christopher R.J. Pace, Esq.*
                                            Nicholas J. Pappas, Esq.*
                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            (212) 310-8000
                                            (*admitted *pro hac vice*)

                                            *Attorneys for Defendants Ingenix, Inc.*
                                            *and UnitedHealth Group Incorporated*