Joe R. Whatley, Jr.
Edith M. Kallas
WHATLEY KALLAS, LLP
380 Madison Avenue, 23rd Floor
New York, NY 10017
(212) 447-7060

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION, | Master File No. 07-3541(FSH)(PS) <br> MDL NO. 2020 |
| This Document Relates To: ALL CASES | **NOTICE OF DISMISSAL** |

TO THE COURT AND ALL COUNSEL OF RECORD:

　　PLEASE TAKE NOTICE that Plaintiffs the American Podiatric Medical Association ("APMA"), the California Medical Association ("CMA"), the Connecticut State Medical Society ("CSMS"), the Florida Medical Association ("FMA"), the Medical Association of Georgia ("MAG"), the Medical Society of New Jersey ("MSNJ"), the North Carolina Medical Society ("NCMS"), the New Jersey Psychological Association ("NJPA"), the Texas Medical Association ("TMA"), the Tennessee Medical Association ("TNMA"), and the Washington State Medical Association ("WSMA") (collectively, the "Association Plaintiffs") hereby give notice of dismissal without prejudice of all their claims against Defendants UnitedHealth Group Inc. ("UHG") and Ingenix, Inc. ("Ingenix") (collectively the "Defendants"). All parties will bear their own costs with respect to these claims. This dismissal will not affect any other claims in

this case.  A proposed Order for the Court to enter memorializing the dismissal without prejudice is attached.

                        WHATLEY KALLAS, LLP
                        Attorneys for Plaintiffs


                        By:   /s/ Edith M. Kallas
                              EDITH M. KALLAS

Dated:  November 12, 2013

## **CERTIFICATE OF SERVICE**

I, hereby certify that on the 12th day of November, 2013, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

      /s/ Edith M. Kallas
      EDITH M. KALLAS