# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION<br><br>This Document Relates to: ALL CASES | Document Electronically Filed<br><br>MDL No. 2020<br><br>Master File No. 2:07-cv-3541 (KSH)<br><br>▆▆▆▆▆▆ ORDER |

**THIS MATTER**, having been brought before the Court on the Notice of Dismissal by Plaintiffs the American Podiatric Medical Association, the California Medical Association, the Connecticut State Medical Society, the Florida Medical Association, the Medical Association of Georgia, the Medical Society of New Jersey, the North Carolina Medical Society, the New Jersey Psychological Association, the Texas Medical Association, the Tennessee Medical Association, and the Washington State Medical Association (collectively, the "Association Plaintiffs") dismissing without prejudice the claims they brought as against UnitedHealth Group Incorporated and Ingenix, Inc., it is hereby:

**ORDERED** that the Association Plaintiffs' claims as against UnitedHealth Group Incorporated and Ingenix, Inc. are **DISMISSED** without prejudice. All parties will bear their own costs with respect to these claims.

▆▆▆▆▆▆ **ORDERED** in Chambers on this 20th day of November, 2013.

_/s/ Katharine S. Hayden_
Honorable Katharine S. Hayden
United States District Judge