Monday, December 09, 2013

Steven A. Mannina
P. O. Box 335
Black Mountain, NC  28711-0335
(828) 669-0378
samannina@bellsouth.net

Hon. Katherine S. Hayden – US District Judge
US Courthouse
40 Walnut Street
Newark, NJ  07102

In re: Aetna UCR Litigation Master Docket No. 07-3541

Dear Judge Hayden,

I wish to express my objection to the aforementioned class action litigation. My objection is based on the fact that the only winners in any class action are the ambulance chasers who initiate it. I believe that the "attorneys" should be prosecuted under provisions of the RICO Act for perpetuating these rackets.

On that basis, you may exclude me from this charade.

Sincerely,

*[signature]*

Mr. & Mrs. Steven A. Mannina
P.O. Box 335
Black Mountain, NC 28711-0335

GREENVILLE SC 290
10 DEC 2013 PM 4 L

CLERK, U.S. DISTRICT COURT

Hon. 13 KATHERINE S. Hayden - US District Judge
US Courthouse
40 Walnut Street
Newark, NJ 07102

0710235054O

