Dominic Vari  
1545 18th Street N.W.  
Washington, DC 20036  
dvari20036@gmail.com

December 19, 2013

Honorable Katherine S. Hayden  
District Judge  
United States District Court  
District of New Jersey  
40 Walnut Street  
Newark, New Jersey 07102

VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED

**RE:   Aetna UCR Litigation**  
       **07-cv-03541**

Dear Judge Hayden:

I am a member of the Subscriber Class in the above referenced litigation. I write to object to the outrageous amount of plaintiff's attorney's fees and costs, representing both the certified class and other plaintiffs, which are a part of the $60,000,000 settlement contained in the Settlement Agreement. The amount of the settlement that will be apportioned among the plaintiff attorneys in this matter shocks the conscience of any reasonable person and is a detriment to the certified class the plaintiff attorneys purport to represent.

With the Court's permission, I respectfully request:

1. That all plaintiff attorneys, plaintiff firms, experts, consultants, or other parties seeking to collect fees and/or costs from the settlement amount be required to provide copies of their firm's billing and copies of any costs incurred in a public electronic format;
2. That a hearing be held by the Court on the reasonableness of the fees and costs which are sought by all plaintiff attorneys or firms in this matter from the settlement amount;
3. That the total amount of attorneys fees and costs which are claimed from the settlement amount be published in print and electronic format to all class members

Thanking you in advance for your time and attention to my request.

Best Regards,

*/s/ Dominic Vari*  
Dominic Vari  
Aetna UCR Litigation Class Member

