UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------X

IN RE: AETNA UCR LITIGATION

MDL NO. 2020

MASTER DOCKET NO.
07-3541 (SRC) (PS)

This Document Relates to:   ALL CASES

-----------------------------------------------------------------X

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective January 1, 2014, the law firm of Pomerantz Grossman Hufford Dahlstrom & Gross LLP has changed its name to POMERANTZ LLP.

All mailing addresses, e-mail addresses, telephone and facsimile numbers will remain the same.

DATED: January 7, 2014

POMERANTZ LLP

By:   s/ Robert J. Axelrod

600 Third Avenue
New York, NY 10016
Telephone:   212-661-1100
Facsimile:   212-661-8665

*Chair of Aetna Plaintiffs' Executive Committee*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 7, 2014, a true and correct copy of the foregoing was served upon the counsel of record via ECF.

               *s/ Kristin M. Saletto*
                Kristin M. Saletto