UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------------X

IN RE: AETNA UCR LITIGATION

MDL NO. 2020

MASTER DOCKET NO.
07-3541 (SRC) (PS)

This Document Relates to:   ALL CASES

-------------------------------------------------------------X

## MOTION TO WITHDRAW THE APPEARANCE OF D. BRIAN HUFFORD

Plaintiffs Michelle Cooper, Michele Werner, Dalery Franco, James N. Garner, Jeffery Weintraub, Darrick E. Antell, M.D., Kathy Tisko P.T., American Medical Association, Medical Society of New Jersey, Medical Society of the State of New York, Connecticut State Medical Society, Texas Medical Association and North Carolina Medical Society hereby move this Court to withdraw the appearance of attorney D. Brian Hufford as a partner with Pomerantz LLP. Mr. Hufford's withdrawal will not cause delay or disruption, as Plaintiff will continue to be represented by other counsel of record, including attorney Robert J. Axelrod of Pomerantz LLP.

DATED: January 7, 2014

POMERANTZ LLP

By:   s/ Robert J. Axelrod

600 Third Avenue
New York, NY 10016
Telephone:   212-661-1100
Facsimile:   212-661-8665

Signed this the _____ day of _____, 201_

_____
UNITED STATES DISTRICT JUDGE

2

**<u>CERTIFICATE OF SERVICE</u>**

   The undersigned certifies that on January 7, 2014, a true and correct copy of the foregoing was served upon the counsel of record via ECF and via U.S. mail, to the addresses as follows:

                 *s/ Kristin M. Saletto*
                  Kristin M. Saletto