I, Todd Spann, believe I am a class member in Aetna UCR Litigation and I object to the Settlement. I consent to the filing of the Objection.

_____
Todd Spann

Exhibit A