Richard J. Doren

Gibson, Dunn & Crutcher LLP

333 S. Grand Ave.

Los Angeles, CA 90097


RE Aetna UCR Litigation.


  I am submitted my written objection to the proposed settlement outlined in noticed number S85751947 received on 26 December 2013.

  My reason for the objection is the potential amount the settlement class attorneys can receive. In my opinion up to 1/3 plus $3 million is outrageous for the benefit provided to the settlement class. The proposed settlement class has to figure out all of our individual claims. If the settlement class attorneys expect over $20 million then I would expect them to identify the amount due to each member of the settlement class. This is certainly not an easy task since it involves health information and confidentiality agreements, however perhaps if they reached out to the settlement class individually then the settlement class could have decided if this was important to each member.

  I believe this settlement is designed to maximize the settlement class attorney's award while minimizing the amount paid by Aetna to the class members.

*[signature]*

Mike Slye

307 E. State St.

Media, PA 19063

(note my letter was addressed to the incorrect 8307 E. State St.)


A copy of this letter has also been sent to the counsel for the Settlement Class, Stephan A. Wiess of Seeger Wiess LLP)