**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION ) | MDL No. 2020 |
| ) | No. 07-3541 |

**NOTICE OF APPEARANCE ON BEHALF OF OBJECTORS**

Attorneys Vincent S. Verdiramo and John J. Pentz hereby give notice of their appearance in this case on behalf of Objectors and Class Members John S. Keating, Mark and Krystal Nykaza, Thomas Pecok, Carolyn McLemore, and Leah Fontenot.

/s/ Vincent S. Verdiramo
VINCENT S. VERDIRAMO
VERDIRAMO & VERDIRAMO ESQS, PA
3163 Kennedy Blvd.
Jersey City NJ 07306
(201) 798-7082
(201) 798-4627
mmf036@aol.com

John J. Pentz,
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
Fax: (978) 405-5161
jjpentz3@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on February 26, 2014, and that as a result electronic notice of the filing was served upon all attorneys of record.

/s/ Vincent S. Verdiramo
Vincent S. Verdiramo