# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE AETNA UCR LITIGATION, | |
| This document relates to: | Master File No. 2:07-cv-3541-KSH-CLW |
| ALL CASES | MDL No. 2020 |
| | **NOTICE OF INTENT TO OBJECT** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

As required by ¶16(c) of this Court's Order Preliminarily Certifying Settlement Classes, Granting Preliminary Approval of Settlement, and Approving Class Notice, Dkt. 898 ("the Order") at 10, Theodore H. Frank hereby provides notice of his intent to appear at the Fairness Hearing and address this Court on his own behalf, *in pro per*, objecting to the fairness, reasonableness, and adequacy of the proposed Settlement, as provided by ¶16(b) of the same Order.

As required by ¶16(c)(i) of the Order, Frank's name, address, and telephone number is as follows:

> **Theodore H. Frank**
> CENTER FOR CLASS ACTION FAIRNESS
> 1718 M Street NW, No. 236
> Washington, DC 20036
> Telephone: (703) 203-3848

1

As required by ¶16(c)(i) of the Order, Frank's attorney's name, address and telephone number is as follows:

> **David M. Nieporent**
> SAMUEL & STEIN
> 38 West 32nd Street, Suite 1110
> New York, NY 10001
> Telephone: (212) 563-9884

As required by ¶16(c)(ii) of the Order, Mr. Frank's objection, and any papers in support thereof, is included with this notice as an exhibit filed with the court, and as an enclosure with the copies of this Notice served upon Settlement Class Counsel and Counsel for Defendants.

As regards ¶16(c)(iii) of the Order, Mr. Frank does not presently intend to present witnesses at the Fairness Hearing. Mr. Frank does, however, reserve the right make use of all documents entered on to the docket by any settling party or objector. Mr. Frank also reserves the right to cross-examine any witnesses who testify at the hearing in support of final approval.

Dated: February 26, 2014            */s/ David M. Nieporent*
_____
David M. Nieporent
SAMUEL & STEIN
38 West 32nd Street, Suite 1110
New York, NY 10001
Phone: (212) 563-9884
Fax: (212) 563-9870
Email: dnieporent@samuelandstein.com

*Attorney for Objector Theodore H. Frank*