AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| IN RE: AETNA UCR LITIGATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:07-cv-03541-KSH-CLW |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Class Member Objectors Luke Miorelli, Jan Liacopoulos Miorelli, and Mitchell George Miorelli

Date:     02/26/2014

/s/ Patrick Michael Megaro
*Attorney's signature*

Patrick Michael Megaro, Esq., NJ Bar # 3634-2002
*Printed name and bar number*

DNJ Bar ID # PM4285
Law Office of Sam Miorelli, P.A.
17 N Forest Avenue
Orlando, FL 32803
*Address*

kc2qbn@yahoo.com
*E-mail address*

(352) 458-4092
*Telephone number*

*FAX number*