Patrick Michael Megaro, Esq.
New Jersey Bar ID # 3634-2002
DNJ Bar ID # PM4285
kc2qbn@yahoo.com
Law Office of Sam Miorelli, P.A.
17 N Forest Avenue
Orlando, FL 32803
(352) 458-4092
Attorneys for Objectors Luke Miorelli,
Jan Liacopoulos Miorelli, and Mitchell George Miorelli.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION | Case No. 2:07-cv-03541-KSH-CLW |

**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION**

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, the undersigned attorney for Class Member Objectors shall apply to the United States District Court of New Jersey, at the United States Post Office and Courthouse Building, Federal Square, Newark, New Jersey 07101, before the Honorable Katharine S. Hayden, United States District Judge, for an Order pursuant to L. Civ. R. 101.1(c), for the admission *pro hac vice* of Sam A. Miorelli, E.I., Esq. of the Law Office of Sam Miorelli, P.A. to assist in the representations of Class Member Objectors in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Class Member Objectors submit the Certification of Patrick Michael Megaro, Esq. and the Certification of the attorney seeking *pro hac vice* admission annexed thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Dated: February 26, 2014

_____
Patrick Michael Megaro, Esq.
New Jersey Bar ID # 3634-2002
DNJ Bar ID # PM4285
kc2qbn@yahoo.com
Law Office of Sam Miorelli, P.A.
17 N Forest Avenue
Orlando, FL 32803
352-458-4092