Patrick M. Megaro, Esq.
New Jersey Bar # 3634-2002
DNJ Bar ID # PM4285
kc2qbn@yahoo.com
Law Office of Sam Miorelli, P.A.
17 N Forest Avenue
Orlando, FL 32803
(352) 458-4092
Attorneys for Objectors Luke Miorelli,
Jan Liacopoulos Miorelli, and Mitchell George Miorelli.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE: AETNA UCR LITIGATION | Case No. 2:07-cv-03541-KSH-CLW |
|---|---|
| | |

**CERTIFICATION OF PATRICK MICHAEL MEGARO, ESQ. IN SUPPORT OF *PRO HAC VICE* ADMISSIONS**

**PATRICK MICHAEL MEGARO, ESQ.**, of full age, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am an attorney-at-law licensed to practice in New Jersey, New York, North Carolina, and Florida and am admitted to the United States Supreme Court, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Eleventh Circuit, United States District Court for the District of New Jersey, United States District Court for the Eastern District of New York, United States District Court for the Southern District of New York, United States District Court for the Northern District of Florida, United States District Court for the Middle District of

Florida, United States District Court for the Southern District of Florida, and the United States District Court for the Western District of North Carolina.

2. I am of-counsel to the Law Office of Sam Miorelli, P.A., counsel to Luke Miorelli, Jan Liacopoulos Miorelli, and Mitchell George Miorelli (the "Class Member Objectors") in the above-captioned matter.

3. I have been a member in good standing of the bar of this Court since December 31, 2004, and I submit this certification in support of Class Member Objectors' application to have Sam A. Miorelli, E.I., Esq. admitted *pro hac vice* in this matter.

4. Sam A. Miorelli, E.I., Esq. is the owner of the Law Office of Sam Miorelli, P.A., a law firm in Orlando, FL which represents the Class Member Objectors in this action. Mr. Miorelli is a member in good standing of the Bar of the State of Florida and admitted to practice before the United States District Courts for the Middle District of Florida and Southern District of Florida and the United States Court of Appeals for the Eleventh Circuit. Attached as Exhibit "A" is Mr. Miorelli's certification pursuant to L. Civ. R. 101.1(c)(1). If admitted *pro hac vice*, Mr. Miorelli would assist in the representation of Class Member Objectors in this case. I agree to be responsible for the conduct of Sam A. Miorelli, E.I., Esq.

5. Mr. Miorelli will abide by L. Civ. R. 101.1(c) and all other rules of this Court.

6. I have never been held in contempt of court, nor have I ever been censured, suspended, or disbarred by any court.

7. I hereby certify that all pleadings in the within matter will be signed and filed by local counsel. I further certify that local counsel will attend all hearings.

8. I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2014

_____
Patrick Michael Megaro, Esq.
New York Bar ID # 4094983
New Jersey Bar ID # 3634-2002
Florida Bar ID # 783913
North Carolina Bar ID # 46770
kc2qbn@yahoo.com
Law Office of Sam Miorelli, P.A.
17 N Forest Avenue
Orlando, FL 32803
352-458-4092
DNJ Bar ID # PM4285

Case 2:07-cv-03541-KSH-CLW   Document 937-1   Filed 02/26/14   Page 3 of 3 PageID: 45636