**EXHIBIT A**

Patrick Michael Megaro, Esq.
NJ Bar # 3634-2002
DNJ Bar ID # PM4285
kc2qbn@yahoo.com
Law Office of Sam Miorelli, P.A.
17 N Forest Avenue
Orlando, FL 32803
(352) 458-4092
Attorneys for Objectors Luke Miorelli,
Jan Liacopoulos Miorelli, and Mitchell George Miorelli.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION | Case No. 2:07-cv-03541-KSH-CLW |

**CERTIFICATION OF SAM A. MIORELLI, E.I., ESQ.**

**SAM A. MIORELLI, E.I., ESQ.**, of full age, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1.  I am a member of the Bar of the State of Florida since 2012 and own the Law Office of Sam Miorelli, P.A..

2.  I am, and at all times have been, a member in good standing of the Florida Bar and I am admitted to practice in the United States District Courts for the Middle District of Florida and Southern District of Florida and the United States Court of Appeals for the Eleventh Circuit. I was admitted to practice before each of these Federal Courts in 2013.

    a.  The Florida Bar may be contacted to verify my good standing at 651 E. Jefferson Street, Tallahassee, FL 32399-2300, by telephone at 850-561-5600, or by searching my

name from their homepage at http://www.flabar.org, which will report my eligibility to practice in Florida and that my Membership is in Good Standing.

b. The United States District Court for the Middle District of Florida may be contacted to verify my good standing at 401 West Central Boulevard, Room 1200, Orlando, FL 32801, by telephone at 407-835-4200, or by searching my bar number, "0099886" at the court's Attorney Roll webpage at https://www.flmd.uscourts.gov/attyadm/attyroll.htm.

c. The United States District Court for the Southern District of Florida may be contacted to verify my good standing at 400 North Miami Avenue, Miami, FL 33128, by telephone at 305-523-5100, or by searching my bar number "99886" and my last name at the court's "FLSD Bar Member General Admission Date Look-up" webpage at http://www.flsd.uscourts.gov/website/attyadm/barlookup.asp.

d. The United States Court of Appeals for the Eleventh Circuit may be contacted to verify my good standing at 56 Forsyth Street, N.W., Atlanta, GA 30303 or by telephone at 404-335-6100.

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. I am domiciled in the State of Florida.

5. The Law Office of Sam Miorelli, P.A. is counsel to Luke Miorelli, Jan Liacopoulos Miorelli, and Mitchell George Miorelli (the "Class Member Objectors"). Patrick Michael Megaro, Esq., of-counsel to the Law Office of Sam Miorelli, P.A. is an attorney-at-law of the State of New Jersey, and upon information and belief, is duly qualified to practice before this Court pursuant to L. Civ. R. 101.1

6. If this application to appear *pro hac vice* is granted, I agree to:

      a.      Contribute, as required by New Jersey Court Rules 1:20(b) and 1:28-2, to the New Jersey Lawyers' Fund for Client Protection;

      b.      Abide by L. Civ. R. 101.1(c) and all disciplinary rules;

      c.      Notify the Court immediately of any matter affecting my standing at the bar of any other court;

7. Upon my admission, I will request to the Court for access, via CM/ECF to electronic filing and notifications in this case.

8. I have never been held in contempt of court, nor have I ever been censured, suspended, or disbarred by any court.

9. I hereby certify that all pleadings in the within matter will be signed and filed by local counsel. I further certify that local counsel will attend all hearings.

10. I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2014

*/s/ Sam A. Miorelli*

Sam A. Miorelli, E.I., Esq.
Florida Bar # 99886
sam.miorelli@gmail.com
Law Office of Sam Miorelli, P.A.
17 N Forest Avenue
Orlando, FL 32803
352-458-4092