UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: AETNA UCR LITIGATION

Case No. 2:07-cv-03541-KSH-CLW

**ORDER GRANTING *PRO HAC VICE* ADMISSION**

**THIS MATTER** having come before the Court on the motion of Patrick Michael Megaro, Esq. ("the movant"), Of-Counsel to the Law Office of Sam Miorelli, P.A., counsel to class members Luke Miorelli, Jan Liacopoulos Miorelli, and Mitchell George Miorelli, for the *pro hac vice* admission of Sam A. Miorelli, E.I., Esq., pursuant to Local Civ. R. 101.1; and the Court having considered the certification of Patrick Michael Megaro, Esq., dated February 26, 2014, in support of the motion, which reflects that Sam A. Miorelli, E.I., Esq. satisfies the requirements set forth in Local Civ. R. 101.1(c)(1), and for good cause shown;

**IT IS ON THIS** _____ day of _____, 2014,

**ORDERED** that motion for the *pro hac vice* admission of Sam A. Miorelli, E.I., Esq. is granted;

**IT IS FURTHER ORDERED** that Sam A. Miorelli, E.I., Esq. shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

**IT IS FURTHER ORDERED** that Sam A. Miorelli, E.I., Esq. is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against Sam A. Miorelli, E.I., Esq. or the Law Office of Sam Miorelli, P.A. that may arise out of Mr. Miorelli's participation in the matter;

**IT IS FURTHER ORDERED** that the movant shall (a) be attorney of record in this case in accordance with Local Civil R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Sam A. Miorelli, E.I., Esq.; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleading, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in this matter;

**IT IS FURTHER ORDERED** that Sam A. Miorelli, E.I., Esq. shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which counsel represents the client in this matter;

**IT IS FURTHER ORDERED** that Sam A. Miorelli, E.I., Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civ. R. 101.1(3)(c); and

**IT IS FURTHER ORDERED** that all terms of the Orders entered in this case, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial, or any other proceeding shall occur because of the participation of Sam A. Miorelli, E.I., Esq. or his inability to be in attendance at proceedings.

HON. KATHARINE S. HAYDEN, U.S.D.J.