James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Joe R. Whatley, Jr.
Edith M. Kallas
WHATLEY KALLAS, LLP
1180 Avenue of the Americas
20th Floor
New York, NY 10036
(212) 447-7060

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AETNA UCR LITIGATION | MDL No. 2020 |
| This Document Relates To:<br>    *All Cases* | MASTER FILE NO. 2:07-CV-3541 (FSH) (CLW) |
| | **NOTICE OF CHANGE OF ADDRESS** |

TO THE COURT AND ALL COUNSEL OF RECORD:

Counsel for the Plaintiffs hereby give notice that the physical address of Whatley Kallas, LLP has changed as follows effective immediately:

Whatley Kallas, LLP
1180 Avenue of the Americas, 20th Floor
New York, NY 10036

The firm's telephone number and facsimile number have not changed.

Dated: February 27, 2014.                    CARELLA, BYRNE, CECCHI,
                                             OLSTEIN, BRODY & AGNELLO, P.C.


                                             By  /s/*Lindsey H. Taylor*
                                                  Lindsey H. Taylor