## HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP

112 MADISON AVENUE
NEW YORK, NEW YORK 10016-7416
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
 (212) 784-6403
MITCHELL M. BREIT (NY, NJ & VA)
 (212) 784-6422
JAYNE CONROY (NY, DC & MA)
 (212) 784-6402
CLINTON B. FISHER (NY & DC)
 (212) 784-6446
PAUL J. HANLY, JR. (NY & TX)
 (212) 784-6401
STEVEN M. HAYES (NY)
 (212) 784-6414
THOMAS I. SHERIDAN, III (NY)
 (212) 784-6404

TELEPHONE (MAIN)
(212) 784-6400

TELECOPIER
(212) 213-5949

EMAIL
mbreit@hanlyconroy.com

February 27, 2014

**VIA ECF**

Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101
Attn: Clerk of the Court

   **RE:**   *COOPER v. AETNA HEALTH INC. PA, CORP. et al*
   *Case No. 2:07-cv-03541-KSH-CLW*

Dear Clerk of Court:

   I am no longer associated with any aspect of the referenced matter and accordingly request that the Clerk of the Court remove me from the ECF service list for this action.

Respectfully,

Mitchell M. Breit