2/24/14

RE: Aetna UCR Litigation, Master Docket No. 07-3541  Notice # S76698082

US District Court for the District of New Jersey

Martin Luther King Building & US Courthouse

50 Walnut St.

Newark, NJ 07101

I am an Aetna subscriber since 1991. I received the above notice in the mail in December. I had no idea there was a lawsuit in progress. Anyways, I have called the help line set up for this lawsuit proposed settlement 800-600-3079 three different times.

There was a form attached to the notice that was to be mailed in to get information needed to file under Claim Option #2 in the notice. When I called the number, the person there said it would be 3 to 5 business days after receipt of the form that this info would be mailed to me.

A month later when I called wondering where the info was that I had filled the request out for the operator said they were backlogged with requests.

A month after that when I called the operator told me that Aetna had finally provided the info, but that it needed to be formatted before it could be mailed.

I have zero confidence that this info will ever be mailed to me in an effort to have me give up and file under Claim Option #1. Claim Option #1 provides for a set amount per year for the years in question covered by the lawsuit. Presumably, this option will provide for a smaller payout per claimant, leaving the lawyers involved in the suit to collect what is left as their prize.

Like I said in the beginning, I had no idea there was a lawsuit and that I was a potential claimant. However, since I am a claimant I would like what is coming to me.

I bring this to the attention of the court so that the court may call the attorneys representing each side into court and admonish them for this behavior and to make clear in no uncertain terms that they risk having their fees fixed at a flat amount with the rest to be divided equitably among the claimant class.

Funny thing is, I have no idea if the info that is supposed to be sent to me will provide for a higher claim. But, based on the fact that I haven't received the info, logic tells me that my claim would be much higher.

I would challenge the attorneys to prove if any one person has been mailed the info for Option #2.

Thank you for your time and attention.

Phil Wolfsohn

Notice #S76698082



UPS Next Day Air®
UPS Worldwide Express℠
UPS 2nd Day Air®

Apply shipping documents or

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

This envelope is for use with the following services:

SHIP TO:
MARTIN LUTHER KING BLDG. & US COURT
(414) 534—2521
US DISTRICT COURT FOR DST. OF NEW J
50 WALNUT STREET
NEWARK NJ 07101

UPS GROUND
TRACKING #: 1Z 439 4X3 03 6587 8653

NJ 0710-02

BILLING: P/P
REF 2: PHIL W.

1 LBS        1 OF 1

MANHEIM MILWAUKEE
(262) 835—4436
MANHEIM MILWAUKEE
561 27TH ST
CALEDONIA WI 53108

JO-PICK-UPS® (1-800-742-5877)
...nd a drop off location near y

**Domestic**
To qualify for t...
correspondence, urg...
cuments, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
The UPS Express Envelope may be used only for documents of no comme value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a docum
To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic containing sensitive personal information or breakable items. Do not send c or cash equivalent.

100% Recycled fiber
80% Post-Consumer