Liza M. Walsh
Patricia A. Lee
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, NJ 07068
Tel. (973) 535-0500

Richard J. Doren
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000

Geoffrey M. Sigler
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-8500

*Attorneys for Aetna Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:  AETNA UCR LITIGATION | MDL No. 2020 |
| This Document Relates to:<br>ALL ACTIONS | Master File No. 2:07-cv-3541 (FSH)(PS)<br><br>*Filed Electronically* |

### NOTICE OF TERMINATION OF SETTLEMENT

**PLEASE TAKE NOTICE** that the Settlement Agreement is terminated, effective immediately.  Under Section 7.3 of the Settlement Agreement, in the event that the Opt-Outs from the settlement exceed any of the thresholds set out in this provision, Aetna "reserves the right, in its sole and absolute discretion, to terminate this Agreement. . . ."  Settlement Agreement, p. 22, § 7.3 (D.E. 839-2).  Based on the list of Opt-Outs provided by the Settlement

2

Administrator to Aetna and Class Counsel, the Opt-Out levels exceed the threshold in Section 7.3(iii) of the Agreement.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Section 5.2 and 7.3 of the Settlement Agreement, a copy of this notice of termination is being served on Class Counsel.

CONNELL FOLEY LLP

Dated: March 13, 2014						By: *s/ Liza M. Walsh*
											Liza M. Walsh

## **CERTIFICATE OF SERVICE**

I, Liza M. Walsh, hereby certify that on March 13, 2014, I caused a true and correct copy of the Notice of Termination of Settlement to be filed with the United States District Court District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey in accordance with the Court's electronic filing procedures.

I further certify that I caused a true and correct copy of the foregoing documents to be submitted via ECF and Federal Express to the Honorable Katherine S. Hayden, U.S.D.J., at the United States District Court, District of New Jersey, 50 Walnut Street Newark, NJ 07101.

I further certify that I caused a true and correct copy of the aforementioned documents, pursuant to be served via ECF, first class mail, and electronic mail upon the following counsel:

James E. Cecchi
Lindsey Taylor
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Fax: (973) 994-1744
Email: jcecchi@carellabyrne.com

Robert J. Axelrod
POMERANTZ LLP
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Fax: (212) 661-1373
Email: rjaxelrod@pomlaw.com

Edith M. Kallas
Joe R. Whatley, Jr.
WHATLEY KALLAS, LLP
1180 Avenue of the Americas, 20th Floor
New York, NY 10036
Telephone: (212) 447-7060
Fax: ((800) 922-4851
Email: ekallas@whatleykallas.com, jwhatley@whatleykallas.com

Andrew S. Friedman
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
2901 N. Central Avenue, Suite #1000
Phoenix, AZ 85012
Phone: (602) 274-1100
Fax: (602) 274-1199
Email: afriedman@bffb.com

Christopher P. Ridout
RIDOUT & LYON LLP
555 East Ocean Boulevard, Suite 500
Long Beach, California 90802
Phone: (562) 216-7380
Fax: (562) 216-7385
Email: c.rideout@rideoutlyonlaw.com

Stephen A. Weiss
Diogenes P. Kekatos
SEEGER WEISS LLP
77 Water Street, 26th Floor
New York, New York 10005
Telephone: (212) 584-0700
Fax: (212) 584-0799
Email: sweiss@seegerweiss.com

David R. Scott
Christopher M. Burke
Joseph P. Guglielmo
SCOTT + SCOTT LLP
405 Lexington Ave, 40th Floor
New York, New York 10010
Telephone: (212) 223-6444
Fax: (212) 223-6334
Email: jguglielmo@scott-scott.com

Raymond R. Boucher
KIESEL BOUCHER LARSON
8648 Wilshire Blvd.
Beverly Hills, California 90211
Telephone: (310) 854-4444
Email: boucher@kbla.com

4

H. Tim Hoffman
Hoffman & Lazear
180 Grand Avenue, Suite 1550
Oakland, California 94612
Telephone: 510-763-5700
Email: hth@hoffmanandlazear.com

D. Brian Hufford (via email and First Class Mail)
ZUCKERMAN SPAEDER LLP
1185 Avenue of the Americas, 31st Floor
New York, NY 10036-2603
Telephone: (646) 746-8662
Email: dbhufford@zuckerman.com

      I certify under penalty of perjury that the foregoing is true and correct.


Dated:  March 13, 2014         *s/ Liza M. Walsh*
                                           Liza M. Walsh

3093952-1