# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

**COUNSELLORS AT LAW**

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JAN ALAN BRODY | MELISSA E. FLAX | | DONALD A. ECKLUND |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | OF COUNSEL | MEGAN A. NATALE |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | AMANDA J. BARISICH |
| JAMES E. CECCHI | BRIAN H. FENLON | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | °MEMBER NY BAR ONLY |
| JAMES D. CECCHI (1933-1995) | | | +MEMBER FL BAR ONLY |
| JOHN G. GILFILLAN III (1936-2008) | | | |

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

March 14, 2014

<u>**Via ECF**</u>

The Honorable Katherine S. Hayden
United States Courthouse
Frank R. Lautenberg U.S. P.O. & Cthse. Bldg.
Newark, New Jersey 07102

   Re: *In re Aetna UCR Litigation, MDL 2020*

Dear Judge Hayden:

  Pursuant to the Court's Order, Counsel for the Settlement Class endeavored to reach all Objectors or their counsel to ensure that they understand that the fairness hearing that was scheduled on March 14, 2014 has been cancelled. My firm placed telephone calls or sent emails to Objectors or their counsel when that information could be identified from the objection. For the remaining seven Objectors, we have sent a letter by Federal Express to six objectors and by regular mail to the seventh informing each of them that the fairness hearing that was scheduled on March 18, 2014 has been cancelled. No law firm or individual called in response to our voicemail messages or replied to our emails. Finally, the settlement website has been updated pursuant to the Court's Order.

  Thank you for your attention to this matter.

       Respectfully submitted,

      CARELLA, BYRNE, CECCHI,
      OLSTEIN, BRODY & AGNELLO

       /s/ James E. Cecchi

       JAMES E. CECCHI

cc: All Counsel of Record (via email)