# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JAN ALAN BRODY | MELISSA E. FLAX | www.carellabyrne.com | | DONALD A. ECKLUND |
| JOHN M. AGNELLO | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| CHARLES M. CARELLA | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| JAMES E. CECCHI | BRIAN H. FENLON | | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | | MICHAEL CROSS |
| | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| | | | | +MEMBER FL BAR ONLY |

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)

March 17, 2014

**VIA ECF**

Hon. Katharine S. Hayden
United States District Judge
United States Post Office and Courthouse Building
Newark, New Jersey 07101

    Re:    *In re Aetna UCR Litigation*
               MDL 2020
               Our File No. 744573-2

Dear Judge Hayden:

    We are in receipt Ms. Quackenboss' letter requesting that her clients be permitted telephonic access to tomorrow's status conference. Pursuant to the Court's order, tomorrow is not a Final Approval Hearing, it is a status conference where the presence of Objectors, or their counsel, is neither necessary, required nor productive. As such, we object to Objectors attending by telephone or in-person.

    Thank you for Your Honor's continued attention to this matter. We look forward to speaking with you tomorrow.

                               Respectfully submitted,

                               CARELLA, BYRNE, CECCHI,
                               OLSTEIN, BRODY & AGNELLO

                               */s/ James E. Cecchi*
                               JAMES E. CECCHI

#553676