UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE: AETNA UCR LITIGATION

This document relates to: ALL CASES

MDL No. 2020

Civil No. 07-3541

**ORDER**

This matter having come before the Court upon (1) motion for leave to amend the complaint [D.E. 979], filed by plaintiffs American Medical Association, American Podiatric Medical Association, New Jersey Psychological Association, Michele Cooper, Darlery Franco, Abraham I. Kozma, Brian Mullins, Carolyn Samit, John Seney, Alan John Silver, Mary Ellen Silver, Paul Smith, Sharon Smith, Jeffrey Weintraub and Michele Werner; (2) cross-motion to dismiss the complaint [D.E. 995], filed by defendants Aetna Health and Life Insurance Company, Aetna Health Inc., Aetna Health Inc. PA, Corp., Aetna Health Management, LLC, Aetna Insurance Company of Connecticut, Aetna Life Insurance Company (together, "Aetna"); and (3) cross-motion to dismiss the complaint [D.E. 996], filed by defendants Ingenix, Inc. and UnitedHealth Group, Inc. (together, the "UHG defendants"); and the Court having reviewed the parties' submissions and heard oral argument; and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 30th day of June, 2015,

**ORDERED** that plaintiff's motion [D.E. 979] for leave to file a third amended consolidated complaint (hereinafter, the "complaint") is hereby granted; and it is further

1

**ORDERED** that Aetna's motion to dismiss the complaint [D.E. 995] is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that the UHG defendants' motion to dismiss the complaint [D.E. 996] is **GRANTED** in part and **DENIED** in part;

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.