# Epstein P.C.
A Professional Corporation
### Attorneys at Law
103 Eisenhower Parkway
Roseland, N.J.
07068-1031

<u>**VIA ECF**</u>

Honorable Katharine S. Hayden, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg & U.S. Courthouse
50 Walnut Street
Newark, New Jersey

February 16, 2018

<u>Re: In re Aetna UCR Litigation</u>
<u>Civil Action No. 07-3541 (KSH) (CLW)</u>

Dear Judge Hayden:

On behalf of Epstein P.C., I confirm the attendance of Barry Epstein and Roy Epstein for the hearing to be held on March 12, 2018 at 10:00 a.m.

        Respectfully,

        /s/ Barry M. Epstein

        Epstein P.C., by

        Barry M. Epstein, Esq.

Cc: Roy Epstein