

**KEVIN P. RODDY, ESQ.**

T: 732.855.6402
F: 732.726.6686
kroddy@wilentz.com

90 Woodbridge Center Drive
Suite 900 Box 10
Woodbridge, NJ 07095-0958
732.636.8000

February 20, 2018

**VIA ECF**

Honorable Katharine S. Hayden
United States District Court
District of New Jersey
Frank R. Laudenberg U.S. P.O. & Courthouse Building – Room 311
2 Federal Square
Newark, NJ  07102

      Re:      *In re Aetna UCR Litigation,*
                   Case No. 07-3541 (KSH) (CLW)

Dear Judge Hayden:

      On behalf of my Firm, and pursuant to this Court's Text Orders entered on February 16, 2018 (Dkt. Nos. 1127 & 1129), I confirm my attendance at the hearing to be held on March 12, 2018, at 10:00 a.m.

                             WILENTZ, GOLDMAN & SPITZER, P.A.

                             */s/ Kevin P. Roddy*

                             KEVIN P. RODDY

Cc:     All Counsel of Record (via ECF)