# SEEGERWEISS LLP

77 Water Street, New York, NY 10005    P 212.584.0700    F 212.584.0799    www.seegerweiss.com

February 20, 2018

**VIA ECF**

Honorable Katharine S. Hayden, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey

    Re:    *In re Aetna UCR Litigation*, Civil Action No. 07-3541 (KSH) (CLW)

Dear Judge Hayden:

    This letter is to confirm my appearance for the hearing in the above-referenced matter, to be held on March 14, 2018 at 11:00 a.m.

                                                             Respectfully,

                                                             Stephen A. Weiss