# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | FRANCIS C. HAND | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | AVRAM S. EULE | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | CHRISTOPHER H. WESTRICK* | STEPHEN R. DANEK |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **FAX (973) 994-1744** | JAMES A. O'BRIEN III** | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | **www.carellabyrne.com** | | MEGAN A. NATALE |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | OF COUNSEL | ZACHARY S. BOWER+ |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | | MICHAEL CROSS |
| | BRIAN H. FENLON | | *CERTIFIED BY THE SUPREME COURT OF | CHRISTOPHER J. BUGGY |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | JOHN V. KELLY III |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | **MEMBER NY AND MA BARS ONLY | MICHAEL A. INNES |
| ELLIOT M. OLSTEIN (1939-2014) | | | | |
| | | | | +MEMBER FL BAR ONLY |

February 20, 2018

**VIA ECF**

Honorable Katharine S. Hayden
United States District Judge
United States Post Office and Courthouse Building
Newark, New Jersey 07010

      **Re:** *In Re Aetna UCR Litigation*
           **Master File No. 07-3541 (KSH)(CLW)**

Dear Judge Hayden:

    In response to the Court's text order regarding oral argument with respect to the pending motions for class certification, please be advised that James E. Cecchi and I will be attending from this firm on behalf of Plaintiffs.

Thank you for your attention to this matter.

                           Respectfully submitted,

                 CARELLA, BYRNE, CECCHI, OLSTEIN,
                     BRODY & ANGELLO, P.C.

                           /s/ Lindsey H. Taylor

                           LINDSEY H. TAYLOR

    cc:    All counsel (via ECF)