

W. Tucker Brown
Email:  tbrown@whatleykallas.com

February 20, 2018

**VIA ECF**

Honorable Katherine S. Hayden
United States District Court
District of New Jersey
Frank R. Lautenberg U.S. P.O. & Courthouse Building – Room 311
2 Federal Square
Newark, NJ 07102

      Re:    *In re: Aetna UCR Litigation*
                Civil Action No:  07-3541 (KSH/CLW)

Dear Judge Hayden:

      On behalf of my Firm, and pursuant to this Court's Text Orders entered on February 16, 2018 (Dkt. Nos. 1127 & 1129), I confirm my attendance at the hearing to be held on March 12, 2018 at 10:00 a.m.

                                            *Whatley Kallas, LLP*

                                            */s/ W. Tucker Brown*
                                            W. Tucker Brown

Cc:  All Counsel of Record (via ECF)