# SEEGERWEISS LLP

77 Water Street, New York, NY 10005   P 212.584.0700   F 212.584.0799   www.seegerweiss.com

February 20, 2018

**VIA ECF**

Honorable Katharine S. Hayden, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey

    Re:    *In re Aetna UCR Litigation*, Civil Action No. 07-3541 (KSH) (CLW)

Dear Judge Hayden:

    This letter shall confirm my appearance for the hearing in the above-referenced matter, to be held on March 12, 2018 at 10:00 a.m., superseding my prior letter of today.

Respectfully,

Stephen A. Weiss