

A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
P 973.535.0500  F 973.535.9217

**Patricia A. Lee**
Partner
Direct Dial 973.840.2444
PLee@connellfoley.com

February 20, 2018

**VIA ECF**
Honorable Katharine S. Hayden
United States District Court
District of New Jersey
Frank R. Laudenberg U.S.P.O. & Courthouse
2 Federal Square
Room 311
Newark, NJ 07102

> **Re:** ***In re Aetna UCR Litigation***
> **MDL No. 2020**
> **Master File No. 2:07-cv-3541 (KSH) (CLW)**

Dear Judge Hayden:

This firm, together with Gibson Dunn & Crutcher LLP, represents Defendants Aetna Health Inc. PA, Corp., Aetna Health Management, LLC, Aetna Life Insurance Company, Aetna Health and Life Insurance Company, Aetna Health Inc., and Aetna Insurance Company of Connecticut (collectively, "Aetna") in the above-referenced matter.

We hereby confirm our availability to appear for Oral Argument on March 12, 2018, at 10:00 a.m., with respect to Plaintiffs' motions for class certification and Aetna's motions to preclude Plaintiffs' experts.  Richard J. Doren, Esq. we will be arguing on behalf of Aetna.

Respectfully submitted,

CONNELL FOLEY LLP

*s/ Patricia A. Lee*

Patricia A. Lee

cc:  All Counsel of Record (via ECF)

Roseland     Jersey City     Newark     New York     Cherry Hill     Philadelphia

www.connellfoley.com

4344311-1