

570 Broad Street / Suite 1201 / Newark, NJ 07102
P: 973.623.3000 / F: 973.623.0858 / litedepalma.com

Newark ▪ Chicago ▪ Philadelphia

February 20, 2018

**VIA ECF**
Hon. Katherine S. Hayden, U.S.D.J.
United States Post Office & Courthouse Building
Two Federal Square
Newark, NJ 07102

    Re:    **In re Aetna UCR Litigation**
                **Master File No. 07-3541(KSH)(CLW)**

Dear Judge Hayden:

    In response to the Court's text order regarding the motion oral argument on March 12, 2018 at 10 A.M., this will confirm my attendance at that time.

    Thank you very much for your consideration.

                              Respectfully,

                              */s/ Bruce D. Greenberg*

                              Bruce D. Greenberg

bdg/abm
cc:    All counsel (via ECF)