

**JOSEPH P. GUGLIELMO**

Writer's Direct Dial Number
(212) 223-4478

Writer's Direct Email Address
jguglielmo@scott-scott.com

February 20, 2018

<u>**VIA ECF**</u>

Honorable Katharine S. Hayden
United States District Judge
United States Post Office and Courthouse Building
Newark, New Jersey  07010

      Re:    *In re Aetna UCR Litigation*
              <u>Master File No. 07-3541 (KSH) (CLW)</u>

Dear Judge Hayden:

      In response to the Court's text order regarding oral argument with respect to the pending motions for class certification, please be advised that Joseph P. Guglielmo will be attending from this firm on behalf of Plaintiffs.

      Thank you for your attention to this matter.

                                      Respectfully submitted,
                                      SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

                                      */s/ Joseph P. Guglielmo*

                                      Joseph P. Guglielmo

JPG/pm
cc:      All Counsel (Via ECF)

**NEW YORK**
CONNECTICUT
CALIFORNIA
OHIO
LONDON

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
THE HELMSLEY BUILDING
230 PARK AVENUE, 17th FLOOR
NEW YORK, NY  10169

212-223-6444 VOICE
212 223-6334 FAX
SCOTTLAW@SCOTT-SCOTT.COM
WWW.SCOTT-SCOTT.COM