

570 Broad Street / Suite 1201 / Newark, NJ 07102
**P:** 973.623.3000 / **F:** 973.623.0858 / litedepalma.com

Newark | Chicago | Philadelphia

March 5, 2018

**VIA ECF**
Hon. Katherine S. Hayden, U.S.D.J.
United States Post Office & Courthouse Building
Two Federal Square
Newark, NJ  07102

      Re:   *In re Aetna UCR Litigation*
               <u>Master File No. 07-3541(KSH)(CLW)</u>

Dear Judge Hayden:

      In response to the Court's text order regarding the motion oral argument on March 12, 2018, I previously confirmed that I would attend.  ECF No. 1137.  Since that time, a conflict has arisen.  Accordingly, my partner Susana Cruz Hodge will attend in my stead.

      Thank you very much for your consideration.

                                  Respectfully,

                                  */s/ Bruce D. Greenberg*

                                  Bruce D.  Greenberg

bdg/abm

cc:      All counsel (via ECF)