**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                             **DATE:** March 12, 2018
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** RALPH FLORIO

**TITLE OF CASE:**                                              **DOCKET # 2:07-cv-3541**
MICHELLE COOPER, et al
            vs.

AETNA HEALTH INC. PA, CORP. et al

**APPEARANCES:**
James E. Cecchi, Lindsey H. Taylor, Joseph P. Guglielmo, & Deborah J. Winegard- Attorneys for Plaintiff(s)
Richard Doren, Geoffrey Sigler, & Patricia Lee . - Attorneys for Defendant(s)

**Nature of Proceedings**:
Hearing on the Motion to Certify Class (d.e. 1076 ), Motion to Certify Class (d.e. 1077 ), Motion to Preclude the Report and Testimony of Bernard R. Siskin, Ph.D. (d.e. 1079 ), and Motion to Preclude the Report and Testimony of Dr. Stephen F. Foreman, Ph. D. (d.e. 1080).

Opinion(s) RESERVED.

**Time Commenced:** 10:00 am
**Court recess:** 12:55 pm – 2:00 pm
**Time Adjourned:** 4:50 pm


                                            Maria F. Garcia, Deputy Clerk
                                    to the Honorable Katharine S. Hayden, U.S.D.J.