

Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
P 973.535.0500   F 973.535.9217

**Patricia A. Lee**
Partner
Direct Dial 973.840.2444
PLee@connellfoley.com

November 19, 2018

**VIA ECF**

Honorable Katharine S. Hayden
United States District Court
District of New Jersey
Frank R. Lautenberg U.S.P.O. & Courthouse
2 Federal Square, Room 311
Newark, NJ 07102

      Re:    *In re Aetna UCR Litigation*
               Master File Civ. No. 07-3541, MDL 2020
               Filing Relates to: *Goel v. Aetna Life Ins. Co.*, Civ. No. 11-3196, and *Orthopedic Specialists of S. Cal. v. Aetna Life Ins. Co.,* Civ. No. 11-3203

Dear Judge Hayden:

      This firm, together with Gibson Dunn & Crutcher LLP, represents Defendant Aetna Life Insurance Company ("Aetna") in the Aetna UCR Litigation cases.  The attached joint submissions in the *Goel* and *Orthopedic Specialists of S. Cal.* cases were filed on November 16, 2018, on the individual case dockets.  We are hereby providing notice of these letters on the master docket with a copy to all counsel.

      Thank you for your attention and courtesies in this matter.

               Respectfully submitted,

               *s/ Patricia A. Lee*

Encls.
cc: All Counsel of Record (via ECF)

Roseland    Jersey City    Newark    New York    Cherry Hill    Philadelphia
www.connellfoley.com
4784473-1